## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:   BAHIRA M HEGAZY aka BAHIRA           Case No. 23-17265-SMG
HEGAZY aka BAHIRA MOSTAFA HEGAZY,

                            Chapter 13

               Debtor.

_____/

AMERICAN EXPRESS NATIONAL BANK,        Adv. Proc. No.

               Plaintiff,

      v.

BAHIRA M HEGAZY aka BAHIRA HEGAZY aka
BAHIRA MOSTAFA HEGAZY,

               Defendant.

_____/

## PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Plaintiff, American Express National Bank ("American Express"), by and through its

counsel, hereby represents as follows:

1.      The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. § 157(a),

(b)(1), (b)(2)(I) (core proceeding), § 1334(b), 11 U.S.C. § 1328(a) and 11 U.S.C. § 523(c).

2.      In accordance with Fed. R. Bankr. P. 7008, American Express consents to the entry

of final orders and judgments by this Court.

3.      On September 11, 2023, Bahira M. Hegazy aka Bahira Hegazy aka Bahira Mostafa

Hegazy ("the Defendant"), filed a Chapter 13 bankruptcy petition, commencing the above case.

4.      The Defendant's proposed First Amended Plan indicates a pro rata distribution of

approximately less than 1% to General Unsecured Creditors.

5.      American Express National Bank is the holder of a claim against the above-

captioned Defendant arising from card account number ****-******-*1003 ("Account 1").

6.     Account 1 was opened by the Defendant on or about May 31, 2015.  The Defendant provided "BH Marketing" as the name of the business for Account 1.

7.     The balance on Account 1 as of the date of the filing of the Chapter 13 petition was $58,943.28.

8.     American Express National Bank is the holder of a claim against the above-captioned Defendant arising from card account number ****-******-*3005 ("Account 2").

9.     Account 2 was opened by the Defendant on or about December 7, 2004.

10.     The balance on Account 2 as of the date of the filing of the Chapter 13 petition was $48,618.89.

11.     American Express National Bank is the holder of a claim against the above-captioned Defendant arising from card account number ****-******-*1007 ("Account 3").

12.     Account 3 was opened by the Defendant on or about June 10, 2021. The Defendant provided "BH Marketing" as the name of the business for Account 3.

13.     The balance on Account 3 as of the date of the filing of the Chapter 13 petition was $18,895.61.

14.     American Express National Bank is the holder of a claim against the above-captioned Defendant arising from card account number ****-******-*4004 ("Account 4").

15.     Account 4 was opened by the Defendant on or about June 8, 2006.

16.     The balance on Account 4 as of the date of the filing of the Chapter 13 petition was $7,705.97.

17.     The terms and conditions of the Account Agreements between Defendant  and American Express call for the payment of all costs, including reasonable attorneys' fees, expended by American Express in the collection of Account 1, Account 2, Account 3 and Account 4, which is hereby requested in the following count.

## FIRST COUNT

18.      Paragraphs 1 through 17 are hereby repeated and incorporated as if fully set forth herein.

19.      Between February 23, 2023 and May 21, 2023, the Defendant used his American Express card in fifty-seven (57) charges totaling $54,649.94 for the purchase of goods and services on Account 1.

20.      Of the transactions referenced in Paragraph 19, one (1) charge in the amount of $12,094.00 was incurred at NBA-Miami Heat (ticket agency) in Miami, FL.

21.       Of the transactions referenced in Paragraph 19, two (2) charges totaling $10,654.82 were incurred at Deutsche Lufthansa AG in Köln, Egypt.

22.      Of the transactions referenced in Paragraph 19, two (2) charges totaling $9,361.85 were incurred at State Farm Insurance in Bloomington, IL.

23.      Of the transactions referenced in Paragraph 19, one (1) charge in the amount of $5,810.10 was incurred at Louis Vuitton in Aventura, FL.

24.      Of the transactions referenced in Paragraph 19, one (1) charge in the amount of $4,366.71 was incurred at UMH East in Miami, FL.

25.      Prior to incurring the transactions referenced in Paragraph 19, Account 1 had a balance of $12,705.12, which was paid down to a zero balance.

26.      The terms and conditions of the Account Agreement between the Defendant and American Express call for full payment of the charges due on Account 1 upon receipt of the monthly billing statement, with the exception of the Pay Over Time portion, which requires a minimum payment.

27.      One (1) payment was submitted towards the transactions referenced in Paragraph 19 in the amount of $505.98 on April 14, 2023.

28.    Account 1 had credits totaling $869.79.

29.    Account 1 incurred interest totaling $4,372.57.

30.    Account 1 incurred fees totaling $1,296.54.

31.    Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for Account 1 between the Defendant and American Express.

32.    Attached hereto as Exhibit "A" is the relevant portion of the account statements for Account 1 which reflect the charge activity alleged in this Complaint.

33.    According to Schedule F of the Defendant's bankruptcy petition, he has $486,992.51 in unsecured, nonpriority debt, $334,518.51 of which appears to be credit/charge card debt.

34.    According to Schedule I of the Defendant's bankruptcy petition, he has a monthly net income totaling $2,445.56.

35.    According to Schedule J of the Defendant's bankruptcy petition, his current monthly expenses total $4,312.98; this figure does not include payment on any credit/charge card debt.

36.    Therefore, based upon the figures disclosed in the Defendant's bankruptcy schedules, the Defendant was already unable to pay his living expenses and his credit/charge card debt when he made the charges on Account 1.

37.    The Defendant has a certain level of financial sophistication as evidenced by the fact that he owns multiple business, makes mortgage payments, make multiple car payments, pays car insurance and have maintained and used multiple credit/charge card accounts.

38.    The Defendant made multiple charges on fifteen (15) separate days.

39.    The Account activity at issue in Exhibit "A" represents a sudden change in Defendant's buying habits for Account 1.

40.     Based on the totality of the circumstances, American Express avers that the Defendant incurred the balance of Account 1 in the amount of $58,943.28 without the intent to repay it.

41.     At the time of posting the above-referenced charges to Account 1, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay.

42.     The Defendant obtained the goods and services on Account 1 through representations which he either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

43.     The Defendant made the misrepresentations with the intention and purpose of deceiving American Express.

44.     As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $58,943.28.

45.     American Express asserts that, when the transactions at issue were incurred, the Defendant was misrepresenting his intent and ability to repay American Express as required by the terms of the Account Agreement for Account 1.

46.     The balance of Account 1 in the amount of $58,943.28 was incurred by the Defendant with knowledge of his inability to repay the debt.

47.     The balance of Account 1 in the amount of $58,943.28 was incurred by the Defendant without the intent to repay it.

48.     The Defendant incurred the balance of Account 1 in the amount of $58,943.28 through false pretenses, a false representation, or actual fraud.

49.     For the foregoing reasons, the balance of Account 1 in the amount of $58,943.28 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

## SECOND COUNT

50.    Paragraphs 1 through 49 are hereby repeated and incorporated as if fully set forth herein.

51.    Between March 9, 2023 and April 30, 2023, the Defendant used his American Express card in nine (9) charges totaling $46,576.17 for the purchase of goods and services on Account 2.

52.    Of the transactions referenced in Paragraph 51, one (1) charge in the amount of $44,775.00 was incurred at Sika Corporation in Lyndhurst, NJ.

53.    Prior to incurring the transactions referenced in Paragraph 51, Account 2 had a balance of $743.26, which was paid down to a zero balance.

54.    The terms and conditions of the Account Agreement between the Defendant  and American Express call for minimum payment of the charges due on Account 2 upon receipt of the monthly billing statement.

55.    One (1) payment was submitted towards the transactions referenced in Paragraph 51 in the amount of $940.68 on April 14, 2023.

56.    Account 2 incurred interest totaling $2,874.40.

57.    Account 2 incurred fees totaling $109.00.

58.    Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for Account 2 between the Defendant and American Express.

59.    Attached hereto as Exhibit "B" is the relevant portion of the account statements for Account 2 which reflect the charge activity alleged in this Complaint.

60.    According to Schedule F of the Defendant's bankruptcy petition, he has $486,992.51 in unsecured, nonpriority debt, $334,518.51 of which appears to be credit/charge card debt.

61.     According to Schedule I of the Defendant's bankruptcy petition, he has a monthly net income totaling $2,445.56.

62.     According to Schedule J of the Defendant's bankruptcy petition, his current monthly expenses total $4,312.98; this figure does not include payment on any credit/charge card debt.

63.     Therefore, based upon the figures disclosed in the Defendant's bankruptcy schedules, the Defendant was already unable to pay his living expenses and his credit/charge card debt when he made the charges on Account 2.

64.     The Defendant has a certain level of financial sophistication as evidenced by the fact that he owns multiple business, makes mortgage payments, make multiple car payments, pays car insurance and have maintained and used multiple credit/charge card accounts.

65.     The Defendant made multiple charges on one (1) separate day.

66.     The Account activity at issue in Exhibit "B" represents a sudden change in Defendant's buying habits for Account 2.

67.     Based on the totality of the circumstances, American Express avers that the Defendant incurred the balance of Account 2 in the amount of $48,618.89 without the intent to repay it.

68.     At the time of posting the above-referenced charges to Account 2, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay.

69.     The Defendant obtained the goods and services on Account 2 through representations which he either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

70.     The Defendant made the misrepresentations with the intention and purpose of deceiving American Express.

71.    As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $48,618.89.

72.    American Express asserts that, when the transactions at issue were incurred, the Defendant was misrepresenting his intent and ability to repay American Express as required by the terms of the Account Agreement for Account 2.

73.    The balance of Account 2 in the amount of $48,618.89 was incurred by the Defendant with knowledge of his inability to repay the debt.

74.    The balance of Account 2 in the amount of $48,618.89 was incurred by the Defendant without the intent to repay it.

75.    The Defendant incurred the balance of Account 2 in the amount of $48,618.89 through false pretenses, a false representation, or actual fraud.

76.    For the foregoing reasons, the balance of Account 2 in the amount of $48,618.89 is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

## THIRD COUNT

77.    Paragraphs 1 through 76 are hereby repeated and incorporated as if fully set forth herein.

78.    Between March 21, 2023 and April 4, 2023, the Defendant incurred six (6) charges totaling $18,530.06 for the purchase of goods and services on Account 3.

79.    Of the transactions referenced in Paragraph 78, one (1) charge in the amount of $12,750.00 was incurred at Premier Garage in FL.

80.    Of the transactions referenced in Paragraph 78, two (2) charges totaling $4,409.92 were incurred at Apple Online Store in Cupertino, CA.

81.    Prior to incurring the transactions referenced in Paragraph 78, Account 3 had a zero balance.

82.     The terms and conditions of the Account Agreement between the Defendant and American Express call for minimum payment of the charges due on Account 3 upon receipt of the monthly billing statement.

83.     One (1) payment was submitted towards the transactions referenced in Paragraph 78 in the amount of $230.06 on April 14, 2023.

84.     Account 3 had credits totaling $370.60.

85.     Account 3 incurred interest totaling $888.21.

86.     Account 3 incurred fees totaling $78.00.

87.     Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for Account 3 between the Defendant and American Express.

88.     Attached hereto as Exhibit "C" is the relevant portion of the account statements for Account 3 which reflect the charge activity alleged in this Complaint.

89.     According to Schedule F of the Defendant's bankruptcy petition, he has $486,992.51 in unsecured, nonpriority debt, $334,518.51 of which appears to be credit/charge card debt.

90.     According to Schedule I of the Defendant's bankruptcy petition, he has a monthly net income totaling $2,445.56.

91.     According to Schedule J of the Defendant's bankruptcy petition, his current monthly expenses total $4,312.98; this figure does not include payment on any credit/charge card debt.

92.     Therefore, based upon the figures disclosed in the Defendant ' bankruptcy schedules, the Defendant was already unable to pay his living expenses and his credit/charge card debt when he made the charges on Account 3.

93.     The Defendant has a certain level of financial sophistication as evidenced by the fact that he owns multiple business, makes mortgage payments, make multiple car payments, pays car insurance and have maintained and used multiple credit/charge card accounts.

94.    The Defendant made multiple charges on one (1) separate day.

95.    The Account activity at issue in Exhibit "C" represents a sudden change in Defendant's buying habits for Account 3.

96.    Based on the totality of the circumstances, American Express avers that the Defendant incurred the balance of Account 3 in the amount of $18,895.61 without the intent to repay it.

97.    At the time of posting the above-referenced charges to Account 3, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay.

98.    The Defendant  obtained the goods and services on Account 3 through representations which he either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

99.    The Defendant  made the misrepresentations with the intention and purpose of deceiving American Express.

100.    As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $18,895.61.

101.    American Express asserts that, when the transactions at issue were incurred, the Defendant was misrepresenting his intent and ability to repay American Express as required by the terms of the Account Agreement for Account 3.

102.    The balance of Account 3 in the amount of $18,895.61 was incurred by the Defendant  with knowledge of his inability to repay the debt.

103.    The balance of Account 3 in the amount of $18,895.61 was incurred by the Defendant  without the intent to repay it.

104.    The Defendant incurred the balance of Account 3 in the amount of $18,895.61 through false pretenses, a false representation, or actual fraud.

105.    For the foregoing reasons, the balance of Account 3 in the amount of  $18,895.61 is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

## FOURTH COUNT

106.    Paragraphs 1 through 105 are hereby repeated and incorporated as if fully set forth herein.

107.    Between April 10, 2023 and May 26, 2023, the Defendant used his American Express card in forty-six (46) charges totaling $9,079.23 for the purchase of goods and services on Account 4.

108.    Of the transactions referenced in Paragraph 107, sixteen (16) charges totaling $3,687.16 incurred for clothing/accessories, as various stores.

109.     Of the transactions referenced in Paragraph 107, twelve (12) charges totaling $1,563.13 incurred at Amazon Marketplace in WA.

110.    Prior to incurring the transactions referenced in Paragraph 107, Account 4 had a balance of $2,037.23, which was paid down to a balance of $44.99.

111.    The terms and conditions of the Account Agreement between the Defendant and American Express call for full payment of the charges due on Account 4 upon receipt of the monthly billing statement, with the exception of the Pay Over Time portion, which requires a minimum payment.

112.    No payments were submitted towards the transactions referenced in Paragraph 107.

113.    Account 4 had credits totaling $2,578.84.

114.    Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for Account 4 between the Defendant and American Express.

115.    Attached hereto as Exhibit "D" is the relevant portion of the account statements for Account 4 which reflect the charge activity alleged in this Complaint.

116.    According to Schedule F of the Defendant's bankruptcy petition, he has $486,992.51 in unsecured, nonpriority debt, $334,518.51 of which appears to be credit/charge card debt.

117.    According to Schedule I of the Defendant's bankruptcy petition, he has a monthly net income totaling $2,445.56.

118.    According to Schedule J of the Defendant's bankruptcy petition, his current monthly expenses total $4,312.98; this figure does not include payment on any credit/charge card debt.

119.    Therefore, based upon the figures disclosed in the Defendant's bankruptcy schedules, the Defendant was already unable to pay his living expenses and his credit/charge card debt when he made the charges on Account 4.

120.    The Defendant has a certain level of financial sophistication as evidenced by the fact that he owns multiple business, makes mortgage payments, make multiple car payments, pays car insurance and have maintained and used multiple credit/charge card accounts.

121.    The Defendant made multiple charges on eight (8) separate days.

122.    The Account activity at issue in Exhibit "D" represents a sudden change in Defendant's buying habits for Account 4.

123.    Based on the totality of the circumstances, American Express avers that the Defendant incurred the balance of Account 4 in the amount of $6,500.39 without the intent to repay it.

124.    At the time of posting the above-referenced charges to Account 4, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay.

125.    The Defendant obtained the goods and services on Account 4 through representations which he either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

126.    The Defendant made the misrepresentations with the intention and purpose of deceiving American Express.

127.    As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $6,500.39.

128.    American Express asserts that, when the transactions at issue were incurred, the Defendant was misrepresenting his intent and ability to repay American Express as required by the terms of the Account Agreement for Account 4.

129.    A portion of the balance of Account 4 in the amount of $6,500.39 was incurred by the Defendant with knowledge of his inability to repay the debt.

130.    A portion of the balance of Account in the amount of $6,500.39 was incurred by the Defendant without the intent to repay it.

131.    The Defendant incurred a portion of the balance of Account 4 in the amount of $6,500.39 through false pretenses, a false representation, or actual fraud.

132.    For the foregoing reasons, a portion of the balance of Account 4 in the amount of $6,500.39 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

*[This space was intentionally left blank]*

WHEREFORE, Plaintiff, American Express National Bank prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. § 523(a)(2)(A) and against Defendant, Bahira M. Hegazy aka Bahira Hegazy aka Bahira Mostafa Hegazy, in the amount of $58,943.28 on Account 1; a nondischargeable judgment pursuant to 11 U.S.C. § 523(a)(2)(A) against Defendant in the amount of $48,618.89 on Account 2; a nondischargeable judgment pursuant to 11 U.S.C. § 523(a)(2)(A) against Defendant in the amount of $18,895.61 on Account 3; and a nondischargeable judgment pursuant to 11 U.S.C. § 523(a)(2)(A) against Defendant in the amount of $6,500.39 on Account 4; for a total judgment of $132,958.17, plus costs, and for any such further relief as the Court may deem appropriate.

Respectfully submitted,
Attorneys for Plaintiff

Dated:  December 22, 2023          By:    /s/ Scott W. Spradley
                                        Scott W. Spradley
                                        Fla Bar #782467
                                        Law Offices of Scott W. Spradley, P.A.
                                        301 South Central Avenue
                                        P.O. Box 1
                                        Flagler Beach, FL 32136
                                        Tel: (386) 693-4935
                                        Fax: (386) 693-4937
                                        Email: scott@flaglerbeachlaw.com

Exhibit "A"



p. 1/7

## Business Platinum Card
BH MARKETING
BAHIRA M HEGAZY
Closing Date 03/24/23    Next Closing Date 04/23/23
Account Ending ▊1003

Customer Care:  1-800-492-8468
TTY:  Use Relay 711
Website:  americanexpress.com

| | |
|---|---|
| **New Balance** | **$8,221.15** |
| **Minimum Payment Due** | **$82.00** |
| **Payment Due Date** | **04/18/23** |

**Membership Rewards® Points**
Available and Pending as of 02/28/23
**95,373**
For up to date point balance and full program details, visit **membershiprewards.com**

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 04/18/23 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99 %.

## Account Summary

**Pay In Full Portion**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

**Pay Over Time Portion**

| | |
|---|---|
| Previous Balance | $12,705.12 |
| Payments/Credits | -$12,705.12 |
| New Charges | +$8,221.15 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | 8,221.15 |
| Minimum Due | $82.00 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 22 years | $25,653 |
| $337 | 3 years | $12,120 (Savings = $13,533) |

If you would like information about credit counseling services, call 1-888-733-4139.

 See page 2 for important information about your account.

 Please refer to the **IMPORTANT NOTICES** section on **page 7.**

 For information on your Pay Over Time feature and limit, see **page 5**

**Account Total**
**Previous Balance** **$12,705.12**
Payments/Credits  -12,705.12
New Charges  +$8,221.15
Fees  +$0.00
Interest Charged  +$0.00

**New Balance** **$8,221.15**
**Minimum Payment Due** **$82.00**

**Pay Over Time Limit** $45,000.00
**Available Pay Over Time Limit** $36,778.85
Days in Billing Period: 31

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending ▊1003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028

Payment Due Date
**04/18/23**
New Balance
**$8,221.15**
Minimum Payment Due
**$82.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

20  ⌐|

EXHIBIT A

1

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 03/24/23

p. 3/7

Account Ending █1003



| Customer Care & Billing Inquiries | | Website: americanexpress.com |
|---|---|---|
| International Collect | **1-800-492-8468** | |
| Express Cash | 1-623-492-7719 | **Customer Care** / **Payments** |
| Large Print & Braille Statements | 1-800-CASH-NOW | **& Billing Inquiries** / PO BOX 6031 |
| | **1-800-492-8468** | P.O. BOX 981535 / CAROL STREAM IL |
| | | EL PASO, TX / 60197-6031 |
| | | 79998-1535 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$12,705.12 | -$12,705.12 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **$0.00** | **-$12,705.12** | **-$12,705.12** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 03/04/23* | ONLINE PAYMENT - THANK YOU | -$12,705.12 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$0.00** | **$8,221.15** | **$8,221.15** |

### Detail                                                 ♦ - denotes Pay Over Time activity



**BAHIRA M HEGAZY**
Card Ending █1003

| | | | | Amount |
|---|---|---|---|---|
| 02/23/23 | AT&T UVERSE PAYMENT AT&T EZC PMT | 8002882020 | TX | $183.39 ♦ |
| 02/24/23 | CHEVRON 0379075/CHEVRON CONVENIENCE | PEMBROKE PINES | FL | $95.53 ♦ |
| 02/25/23 | AQP USA MULTISERVICE CORP 286591734641 AQPUSA2021@GMAIL.COM | PEMBROKE PINE | FL | $500.00 ♦ |
| 02/27/23 | CHEVRON 0379075/CHEVRON CONVENIENCE | PEMBROKE PINES | FL | $79.68 ♦ |
| 02/27/23 | CHICK-FIL-A #02874 000000000566074 9543929766 | PEMBROKE PNES | FL | $37.69 ♦ |
| 02/28/23 | AMERICAN PRESSURE CLEAN CO squareup.com/receipts | Lake Worth | FL | $700.00 ♦ |
| 03/01/23 | NIC*-FL SUNBIZ.ORG 0000 850-245-6939 | TALLAHASSEE | FL | $150.00 ♦ |
| 03/01/23 | NIC*-FL SUNBIZ.ORG 0000 850-245-6939 | TALLAHASSEE | FL | $150.00 ♦ |
| 03/01/23 | PROFESSIONAL ACCOUNTING A 286000000531 TONY.PESTANO@BSSNUSA.COM | SUNRISE | FL | $150.00 ♦ |
| 03/02/23 | UMH EAST 0034 305-689-5511 | MIAMI | FL | $4,366.71 ♦ |

Continued on reverse

EXHIBIT A

BAHIRA M HEGAZY                        Account Ending ■ 1003                        p. 4/7

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 03/02/23 | PUBLIC STORAGE 25976<br>SELF-STORAGE | 800-567-0759 | FL | $747.63 ♦ |
| 03/03/23 | RING YEARLY PLAN<br>+18006561918 | SANTA MONICA | CA | $39.99 ♦ |
| 03/09/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/11/23 | AUTOPAY/DISH NTWK 0001<br>800-333-3474 | ENGLEWOOD | CO | $136.75 ♦ |
| 03/12/23 | QUEST DIAGNOSTICS<br>LAB TESTING | (800)488-8890 | PA | $9.38 ♦ |
| 03/12/23 | BROWARD HEALTH<br>9047226375 | 904-7226375 | FL | $24.67 ♦ |
| 03/14/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $99.99 ♦ |
| 03/18/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $14.42 ♦ |
| 03/18/23 | COMCAST CABLE COMMUN<br>CABLE SVCS | 800-COMCAST | FL | $154.52 ♦ |
| 03/18/23 | 10300 WEST COMMERCIAL BLVD 57543586606<br>9547484373 | SUNRISE | FL | $81.80 ♦ |
| 03/18/23 | 10300 WEST COMMERCIAL BLVD 57543586606<br>9547484373 | SUNRISE | FL | $26.71 ♦ |
| 03/21/23 | MEDINA PINES 1259<br>954-399-9303 | PEMBROKE PINE | FL | $27.90 ♦ |
| 03/22/23 | QUEST DIAGNOSTICS<br>LAB TESTING | (800)488-8890 | PA | $13.86 ♦ |
| 03/22/23 | SUNPASS OPERATIONS<br>888-865-5352 | BOCA RATON | FL | $0.80 ♦ |
| 03/23/23 | FIRST AMERICAN TOBACCO 0000<br>954-581-8411 | DAVIE | FL | $223.64 ♦ |
| 03/23/23 | AT&T UVERSE PAYMENT<br>AT&T EZC PMT | 8002882020 | TX | $183.39 ♦ |
| 03/23/23 | MCDONALD'S F34576 000000000138118<br>9547669800 | FT LAUDERDALE | FL | $12.71 ♦ |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on next page

4

EXHIBIT A

**AMERICAN EXPRESS**

**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 03/24/23

p. 5/7

Account Ending ■ 1003

| 2023 Fees and Interest Totals Year-to-Date | |
|---|---|
| | **Amount** |
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |
| | |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 26.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time

### There is a no pre-set spending limit on your Card
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $36,778.85 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:   ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

EXHIBIT A

BAHIRA M HEGAZY

6

EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                          Closing Date 03/24/23                    p. 7/7
                                                                        Account Ending ■ 1003

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

7

EXHIBIT A

p. 1/8

**AMERICAN EXPRESS**

## Business Platinum Card
BH MARKETING
BAHIRA M HEGAZY
Closing Date 04/23/23     Next Closing Date 05/24/23
Account Ending ▮1003

Customer Care:     1-800-492-8468
TTY:     Use Relay 711
Website:     americanexpress.com

| | |
|---|---|
| **New Balance** | **$55,046.35** |
| **Minimum Payment Due** | **$11,542.13** |
| **Payment Due Date** | **05/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 05/18/23, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $125,709 |

If you would like information about credit counseling services, call 1-888-733-4139.

⤷ See page 2 for important information about your account.

⤷ Please refer to the **IMPORTANT NOTICES** section on **page 7.**

⤷ For information on your Pay Over Time feature and limit, see **page 6**

ⓘ Please note, your preset spending limit is $48,600.00. You have spent $55,046.35.

### Membership Rewards® Points
Available and Pending as of 03/31/23

**107,246**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full Portion**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$9,375.13 |
| Fees | +$0.00 |
| New Balance = | $9,375.13 |

**Pay Over Time Portion**

| | |
|---|---|
| Previous Balance | $8,221.15 |
| Payments/Credits | -$505.98 |
| New Charges | +$37,028.54 |
| Fees | +$0.00 |
| Interest Charged | +$927.51 |
| New Balance = | $45,671.22 |
| Minimum Due | $2,167.00 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$8,221.15** |
| Payments/Credits | -$505.98 |
| New Charges | +$46,403.67 |
| Fees | +$0.00 |
| Interest Charged | +$927.51 |
| **New Balance** | **$55,046.35** |
| **Minimum Payment Due** | **$11,542.13** |

| | |
|---|---|
| **Pay Over Time Limit** | $45,000.00 |
| **Available Pay Over Time Limit** | $0.00 |
| Days in Billing Period: 30 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending ▮1003**

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028

| | |
|---|---|
| Payment Due Date | **05/18/23** |
| New Balance | **$55,046.35** |
| Minimum Payment Due | **$11,542.13** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

20  н

EXHIBIT A

BAHIRA M HEGAZY                                    Account Ending ■ 1003                                    p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>

When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

---



p. 3/8

**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 04/23/23

Account Ending 1003

| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | 1-800-492-8468 |
| Express Cash | 1-623-492-7719 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-800-492-8468** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$505.98 | -$505.98 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **$0.00** | **-$505.98** | **-$505.98** |

### Detail      *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 04/14/23* | ONLINE PAYMENT - THANK YOU | -$505.98 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$9,375.13** | **$37,028.54** | **$46,403.67** |

### Detail                    ♦ - denotes Pay Over Time activity

**BAHIRA M HEGAZY**
Card Ending 1003

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/25/23 | AQP USA MULTISERVICE CORP 286591734641 AQPUSA2021@GMAIL.COM | PEMBROKE PINE | FL | | $500.00 ♦ |
| 03/26/23 | DEUTSCHE LUFTHANSA AG DEUTSCHE LUFTHANSA AG | Koeln | EG | 163,817.80 Egyptian Pounds | $5,327.41 ♦ |

From: CAIRO
To: MUNICH FRANZ JOSEP / N.Y. J F KENNEDY I / MIAMI INTERNATIONA / WASHINGTON DULLES
Carrier: LH / LH / UA / UA
Class: 00 / 00 / 00 / 00
Ticket Number: 22024894374700
Passenger Name: HEGAZY/BAHIRA MRS
Document Type: PASSENGER TICKET
Date of Departure: 08/09

| | | | | | |
|---|---|---|---|---|---|
| 03/26/23 | DEUTSCHE LUFTHANSA AG DEUTSCHE LUFTHANSA AG | Koeln | EG | 163,817.80 Egyptian Pounds | $5,327.41 ♦ |

From: CAIRO
To: MUNICH FRANZ JOSEP / N.Y. J F KENNEDY I / MIAMI INTERNATIONA / WASHINGTON DULLES
Carrier: LH / LH / UA / UA
Class: 00 / 00 / 00 / 00
Ticket Number: 22024894374720
Passenger Name: LOUTFI/HESHAM MR
Document Type: PASSENGER TICKET
Date of Departure: 08/09

| | | | | | |
|---|---|---|---|---|---|
| 03/26/23 | STATE FARM INSURANCE 8009566310 | BLOOMINGTON | IL | | $7,979.51 ♦ |

Continued on reverse

10

EXHIBIT A

BAHIRA M HEGAZY

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/27/23 | 7-ELEVEN 37121 00073712101<br>305-545-1113 | MIAMI | FL | | $14.92 ♦ |
| 03/27/23 | PROFESSIONAL ACCOUNTING A 286000000531<br>TONY.PESTANO@BSSNUSA.COM | SUNRISE | FL | | $2,300.00 ♦ |
| 03/29/23 | NBA-MIAMI HEAT<br>TICKET AGENCY<br>TICKETS 20230329 | MIAMI | FL | | $12,094.00 ♦ |
| 03/31/23 | CHEVRON 0207411/CHEVRON<br>SERVICE STN | PEMBROKE PINES | FL | | $78.53 ♦ |
| 03/31/23 | JERSEYS WINGS 021770021501978<br>26196398 33027 | PEMBROKE PINE | FL | | $39.78 ♦ |
| 03/31/23 | SUNPASS OPERATIONS<br>888-865-5352 | BOCA RATON | FL | | $150.00 ♦ |
| 04/02/23 | STATE FARM INSURANCE<br>8009566310 | BLOOMINGTON | IL | | $1,382.34 ♦ |
| 04/02/23 | PUBLIC STORAGE 25976<br>SELF-STORAGE | 800-567-0759 | FL | | $747.63 ♦ |
| 04/09/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $9.99 ♦ |
| 04/10/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1013002334<br>AL18402910 | CUPERTINO | CA | | $131.61 ♦ |
| 04/10/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1013002334<br>AL18396505 | CUPERTINO | CA | | $2,253.42 |
| 04/10/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1013002334<br>AL18396506 | CUPERTINO | CA | | $138.03 ♦ |
| 04/10/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1013002334<br>AL18474299 | CUPERTINO | CA | | $373.43 ♦ |
| 04/11/23 | AT&T COR DF<br>800-331-0500 | ATLANTA | GA | | $42.80 ♦ |
| 04/11/23 | AT&T APAO 113122 NA<br>523170285283FLP 33027<br>CELLULAR PHONES/BEEPERS | PEMBROKE PIN | FL | | $48.15 ♦ |
| 04/11/23 | AUTOPAY/DISH NTWK 0001<br>800-333-3474 | ENGLEWOOD | CO | | $136.75 |
| 04/12/23 | QUEST DIAGNOSTICS<br>LAB TESTING | (800)488-8890 | PA | | $9.09 ♦ |
| 04/13/23 | EXXONMOBIL 9756<br>954-432-7577 | PEMBROKE PINE | FL | | $76.01 ♦ |
| 04/14/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1013002334<br>AL19308354 | CUPERTINO | CA | | $73.83 ♦ |
| 04/18/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $14.42 ♦ |
| 04/18/23 | LOUIS VUITTON<br>305-931-3533 | AVENTURA | FL | | $5,810.10 |

Continued on next page

EXHIBIT A



**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 04/23/23

p. 5/8

Account Ending ███ 1003

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | **Foreign Spend** | **Amount** |
| 04/18/23 | COMCAST CABLE COMMUN CABLE SVCS | 800-COMCAST | FL | $154.52 ♦ |
| 04/21/23 | APPLE ONLINE STORE 9546462462 33028- COM*PUTER/SOFTWARE W1013002334 AL20530836 | CUPERTINO | CA | $1,174.86 |
| 04/21/23 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | $15.13 ♦ |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| 04/23/23 | Interest Charge on Pay Over Time Purchases | $927.51 |
| **Total Interest Charged for this Period** | **$927.51** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $927.51 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 26.99% (v) | $41,836.44 | $927.51 |
| **Total** | | | **$927.51** |
| (v) Variable Rate | | | |

EXHIBIT A

BAHIRA M HEGAZY

Account Ending ■1003

p. 6/8

**Information on Pay Over Time**

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $0.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

13                                                                                      EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                    Closing Date 04/23/23

p. 7/8
Account Ending ■ 1003

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.

### Update to $189 CLEAR® Credit

We want to inform you that the statement credit benefit, formerly known as $189 CLEAR® Credit, will now be known as $189 CLEAR® Plus Credit. The benefit itself remains unchanged.

As a reminder, with this benefit, Business Platinum Card® Members can earn up to $189 in statement credits per calendar year after they use their Business Platinum Card® to pay for the annual CLEAR® Plus membership (subject to auto-renewal). Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $189 on the Card Account per calendar year. Additional terms apply, please see americanexpress.com/businessplatinum

*End of Important Notices.*

EXHIBIT A

BAHIRA M HEGAZY

Account Ending ■ 1003

p. 8/8

15

EXHIBIT A



**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 05/24/23    Next Closing Date 06/23/23
Account Ending █ 1003

p. 1/6

Customer Care:    1-800-492-8468
TTY:    Use Relay 711
Website:    americanexpress.com

| | |
|---|---|
| **New Balance** | **$56,178.57** |
| **Minimum Payment Due** | **$13,957.25** |
| Includes the past due amount of $11,542.13 | |
| **Payment Due Date** | **06/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 06/18/23, you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $126,482 |

If you would like information about credit counseling services, call 1-888-733-4139.

⮕ See page 2 for important information about your account.

▽ Your account is past due.

⮕ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

⮕ For information on your Pay Over Time feature and limit, see **page 4**

ⓘ Please note, your preset spending limit is $48,600.00. You have spent $56,178.57.

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 04/30/23
**66,814**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Pay In Full Portion | | |
|---|---|---|
| Previous Balance | | $9,375.13 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$25.12 |
| Fees | | +$39.00 |
| New Balance | = | $9,439.25 |

| Pay Over Time Portion | | |
|---|---|---|
| Previous Balance | | $45,671.22 |
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$1,068.10 |
| New Balance | = | $46,739.32 |
| Minimum Due | | $4,518.00 |

| Account Total | |
|---|---|
| **Previous Balance** | **$55,046.35** |
| Payments/Credits | -$0.00 |
| New Charges | +$25.12 |
| Fees | +$39.00 |
| Interest Charged | +$1,068.10 |
| **New Balance** | **$56,178.57** |
| **Minimum Payment Due** | **$13,957.25** |

| | |
|---|---|
| **Pay Over Time Limit** | $45,000.00 |
| **Available Pay Over Time Limit** | $0.00 |
| Days in Billing Period: 31 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending █ 1003**
Enter 15 digit account # on all payments. Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028

| | |
|---|---|
| Payment Due Date | **06/18/23** |
| New Balance | **$56,178.57** |
| Minimum Payment Due | **$13,957.25** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

20 ⊣

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter

When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



p. 3/6

**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 05/24/23

Account Ending ▮1003

| 📞 Customer Care & Billing Inquiries | | |
|---|---|---|
| Customer Care & Billing Inquiries | | **1-800-492-8468** |
| International Collect | | 1-623-492-7719 |
| Express Cash | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-492-8468** |
| **Hearing Impaired** | | |
| Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468** | | |

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

MEMBERSHIP
rewards®

Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | **$25.12** | **$0.00** | **$25.12** |

### Detail

 **BAHIRA M HEGAZY**
Card Ending ▮1003

| | | | | Amount |
|---|---|---|---|---|
| 05/09/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 05/21/23 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | $15.13 |

## Fees

| | Amount |
|---|---|
| 05/18/23 | Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| 05/24/23 | Interest Charge on Pay Over Time Purchases | $1,068.10 |
| **Total Interest Charged for this Period** | **$1,068.10** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT A

BAHIRA M HEGAZY                    Account Ending ■ 1003                        p. 4/6

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $39.00 |
| Total Interest in 2023 | $1,995.61 |
|  |  |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.24% (v) | $46,185.98 | $1,068.10 |
| **Total** |  |  | **$1,068.10** |

(v) Variable Rate

## Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $0.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:    ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

19                                                                EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                              Closing Date 05/24/23                     p. 5/6
                                                                              Account Ending ■ 1003

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Update to $189 CLEAR® Credit

We want to inform you that the statement credit benefit, formerly known as $189 CLEAR® Credit, will now be known as $189 CLEAR® Plus Credit. The benefit itself remains unchanged.

As a reminder, with this benefit, Business Platinum Card® Members can earn up to $189 in statement credits per calendar year after they use their Business Platinum Card® to pay for the annual CLEAR® Plus membership (subject to auto-renewal). Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $189 on the Card Account per calendar year. Additional terms apply, please see **americanexpress.com/businessplatinum**

*End of Important Notices.*

EXHIBIT A

BAHIRA M HEGAZY

Account Ending ▬ 1003

p. 6/6

EXHIBIT A



**AMERICAN EXPRESS**

**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 06/23/23    Next Closing Date 07/24/23
Account Ending ■ 1003

p. 1/6

Customer Care:    1-800-492-8468
TTY:    Use Relay 711
Website:    americanexpress.com

| New Balance | $57,447.66 |
|---|---|
| Minimum Payment Due | $17,301.20 |
| Includes the past due amount of $13,868.89 | |
| Payment Due Date | 07/18/23 |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 07/18/23 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $125,928 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 6.**

For information on your Pay Over Time feature and limit, see **page 4**

Please note, your preset spending limit is $48,600.00. You have spent $57,447.66.

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 05/31/23
**7,791**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full Portion**
| Previous Balance | $9,439.25 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$975.31 |
| New Balance = | $10,414.56 |

**Pay Over Time Portion**
| Previous Balance | $46,739.32 |
|---|---|
| Payments/Credits | -$869.79 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$1,163.57 |
| New Balance = | $47,033.10 |
| Minimum Due | $6,886.64 |

**Account Total**
| Previous Balance | $56,178.57 |
|---|---|
| Payments/Credits | -$869.79 |
| New Charges | +$0.00 |
| Fees | +$975.31 |
| Interest Charged | +$1,163.57 |
| **New Balance** | **$57,447.66** |
| **Minimum Payment Due** | **$17,301.20** |

| Pay Over Time Limit | $45,000.00 |
|---|---|
| Available Pay Over Time Limit | $0.00 |
| Days in Billing Period: 30 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending** ■ 1003
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028

Payment Due Date
**07/18/23**
New Balance
**$57,447.66**
Minimum Payment Due
**$17,301.20**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ •_____
**Amount Enclosed**

20  ꓤ

EXHIBIT A

BAHIRA M HEGAZY                    Account Ending ■1003                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**AMERICAN EXPRESS**

p. 3/6

**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 06/23/23

Account Ending ■ 1003

**Customer Care & Billing Inquiries**
| | |
|---|---|
| International Collect | **1-800-492-8468** |
| Express Cash | 1-623-492-7719 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-800-492-8468** |

**Website:** americanexpress.com

| **Customer Care<br>& Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-492-8468**

MEMBERSHIP rewards®

Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | $0.00 | $0.00 | $0.00 |
| **Credits** | $0.00 | -$869.79 | -$869.79 |
| **Total Payments and Credits** | **$0.00** | **-$869.79** | **-$869.79** |

### Detail

♦ - denotes Pay Over Time activity

| Credits | | Amount |
|---|---|---|
| 06/20/23 | UMH EAST<br>MIAMI        FL<br>305-689-5511 | -$869.79 ♦ |

## Fees

| | | Amount |
|---|---|---|
| 06/18/23 | Late Payment Fee | $280.31 |
| 06/23/23 | ANNUAL MEMBERSHIP FEE | $695.00 |
| **Total Fees for this Period** | | **$975.31** |

## Interest Charged

| | | Amount |
|---|---|---|
| 06/23/23 | Interest Charge on Pay Over Time Purchases | $1,163.57 |
| **Total Interest Charged for this Period** | | **$1,163.57** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT A

24

BAHIRA M HEGAZY                    Account Ending ■ 1003                    p. 4/6

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $1,014.31 |
| Total Interest in 2023 | $3,159.18 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 29.99% (v) | $47,184.58 | $1,163.57 |
| **Total** | | | **$1,163.57** |

(v) Variable Rate

## Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $0.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                     Closing Date 06/23/23          p. 5/6
                                                        Account Ending ▮1003

## IMPORTANT NOTICES

## Notice of Important Change to Your Cardmember Agreement

We are making a change to your American Express Cardmember Agreement. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

| Summary of Change, Effective Immediately | |
|---|---|
| **Calculating APRs and DPRs** | We are revising the language in this section of your Cardmember Agreement to state that variable APRs will not exceed 29.99%. |

ID 13404

## Detail of Change to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement *("Agreement")* as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Calculating APRs and DPRs**
**Effective immediately**, the *Calculating APRs and DPRs* section on page 2 of Part 1 of the Cardmember Agreement is revised by removing any asterisks and replacing the footnote which states "The variable penalty APR will not exceed 29.99%" with the following:

| **Calculating APRs and DPRs** | Variable APRs will not exceed 29.99% |
|---|---|

CMLENGDPRUS0246

*Important Notices continued on next page.*

26

EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                    Closing Date 06/23/23

p. 6/6

Account Ending ■ 1003

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Enrollment in Premium Car Rental Protection

Reminder: You and/or Additional Card Member(s) are currently enrolled in Premium Car Rental Protection*. This optional insurance product can provide primary coverage for theft and damage, accidental death and dismemberment, and excess coverage for medical bills and personal property when renting a covered vehicle. Liability coverage is not included. If You choose to cancel enrollment, would like enrollment on another Card under Your account or require additional information regarding enrollment, please contact us at the number listed on the back of Your card.

* Underwritten by AMEX Assurance Company. Terms, conditions and exclusions apply.

Additional Card Member(s) may have enrolled independently. Please remind Additional Card Member(s) that they are currently enrolled in Premium Car Rental Protection.

EXHIBIT A



p. 1/5

## Business Platinum Card
BH MARKETING
BAHIRA M HEGAZY
Closing Date 07/24/23     Next Closing Date 08/24/23
Account Ending ▮ 1003

Customer Care:     1-800-492-8468
TTY:                      Use Relay 711
Website:            americanexpress.com

| | |
|---|---|
| **New Balance** | **$58,943.28** |
| **Minimum Payment Due** | **$20,146.43** |
| Includes the past due amount of $17,301.20 | |
| **Payment Due Date** | **08/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 08/18/23 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $125,781 |

If you would like information about credit counseling services, call 1-888-733-4139.

⤵ See page 2 for important information about your account.

▽ Your account is past due.

⤵ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

⤵ For information on your Pay Over Time feature and limit, see **page 4**

ⓘ Please note, your preset spending limit is $48,600.00. You have spent $58,943.28.

### Membership Rewards® Points
Available and Pending as of 06/30/23

**84**

For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

**Pay In Full Portion**

| | |
|---|---|
| Previous Balance | $10,414.56 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$282.23 |
| New Balance      = | $10,696.79 |

**Pay Over Time Portion**

| | |
|---|---|
| Previous Balance | $47,033.10 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$1,213.39 |
| New Balance      = | $48,246.49 |
| Minimum Due | $9,449.64 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$57,447.66** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$282.23 |
| Interest Charged | +$1,213.39 |
| **New Balance** | **$58,943.28** |
| **Minimum Payment Due** | **$20,146.43** |

| | |
|---|---|
| **Pay Over Time Limit** | $45,000.00 |
| **Available Pay Over Time Limit** | $0.00 |
| Days in Billing Period: 31 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮ 1003
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028

| | |
|---|---|
| Payment Due Date | **08/18/23** |
| New Balance | **$58,943.28** |
| Minimum Payment Due | **$20,146.43** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

20 ⊣

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
**-** *Account information:* Your name and account number.
**-** *Dollar amount:* The dollar amount of the suspected error.
**-** *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
**-** Within 60 days after the error appeared on your statement.
**-** At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
**-** We will not try to collect the amount in question.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
**-** If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
**-** If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 07/24/23

p. 3/5

Account Ending �as1003



| **Customer Care & Billing Inquiries** | |
| --- | --- |
| Customer Care & Billing Inquiries | **1-800-492-8468** |
| International Collect | 1-623-492-7719 |
| Express Cash | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-492-8468** |
| **Hearing Impaired** | |
| Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468** | |

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
| --- | --- |
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Fees

| | Amount |
| --- | --- |
| 07/18/23    Late Payment Fee | $282.23 |
| **Total Fees for this Period** | **$282.23** |

## Interest Charged

| | Amount |
| --- | --- |
| 07/24/23    Interest Charge on Pay Over Time Purchases | $1,213.39 |
| **Total Interest Charged for this Period** | **$1,213.39** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
| --- | --- |
| Total Fees in 2023 | $1,296.54 |
| Total Interest in 2023 | $4,372.57 |
| | |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Pay Over Time option | 29.99% (v) | $47,617.65 | $1,213.39 |
| **Total** | | | **$1,213.39** |
| (v) Variable Rate | | | |

EXHIBIT A

BAHIRA M HEGAZY                    Account Ending ■ 1003                    p. 4/5

## Information on Pay Over Time

### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $0.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:    ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY

Closing Date 07/24/23

p. 5/5
Account Ending ███ 1003

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.

*End of Important Notices.*

32

EXHIBIT A

p. 1/6

**AMERICAN EXPRESS**

## Business Platinum Card
BH MARKETING
BAHIRA M HEGAZY
Closing Date 08/24/23   Next Closing Date 09/22/23
Account Ending ▮ 1003

Customer Care:   1-800-492-8468
TTY:   Use Relay 711
Website:   americanexpress.com

| | |
|---|---|
| **New Balance** | **$58,943.28** |
| **Minimum Payment Due** | **$21,560.43** |
| Includes the past due amount of $20,146.43 | |
| **Payment Due Date** | **09/18/23** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 09/18/23 , you may have to pay a late fee of the greater of $39.00 or 2.99% of the past due Pay in Full amount, and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $124,977 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

For information on your Pay Over Time feature and limit, see **page 3**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

*Continued on page 3*

**Visit**
**www.membershiprewards.com**

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $10,696.79 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $10,696.79 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $48,246.49 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $48,246.49 |
| Minimum Due | $10,863.64 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$58,943.28** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$58,943.28** |
| **Minimum Payment Due** | **$21,560.43** |

| | |
|---|---|
| **Pay Over Time Limit** | **$45,000.00** |
| Days in Billing Period: | 31 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/
business

📞 **Pay by Phone**
1-800-472-9297

**Account Ending ▮ 1003**
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
13725 NW 12TH CT
PEMBROKE PINES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **09/18/23** |
| New Balance | **$58,943.28** |
| Minimum Payment Due | **$21,560.43** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ . ____
**Amount  Enclosed**

20  ┒

EXHIBIT A

BAHIRA M HEGAZY                                    Account Ending ██ 1003                                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

34

EXHIBIT A



**Business Platinum Card**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 08/24/23

p. 3/6

Account Ending ■1003

| **Customer Care & Billing Inquiries** | | |
|---|---|---|
| Customer Care & Billing Inquiries | | **1-800-492-8468** |
| International Collect | | 1-623-492-7719 |
| Express Cash | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-492-8468** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

ⓘ   Please note, your preset spending limit is $48,600.00. You have spent $58,943.28.

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $1,296.54 |
| Total Interest in 2023 | $4,372.57 |
| | |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $45,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

Continued on reverse

EXHIBIT A

BAHIRA M HEGAZY

Account Ending ■ 1003

p. 4/6

**Information on Pay Over Time continued**

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

36                                                                                    EXHIBIT A

BH MARKETING
BAHIRA M HEGAZY                    Closing Date 08/24/23          p. 5/6
                                                      Account Ending ▮1003

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

37

EXHIBIT A

BAHIRA M HEGAZY

Account Ending ■ 1003

38

EXHIBIT A

Exhibit "B"

**Blue from American Express®**

p. 1/6

BAHIRA M HEGAZY
Closing Date 04/07/23
Account Ending ▓ 3005

| | |
|---|---|
| **Customer Care:** | 1-888-258-3741 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| New Balance | **$45,340.68** |
| Minimum Payment Due | **$906.81** |
| **Payment Due Date** | **05/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $111,491 |
| $1,635 | 3 years | $58,854 (Savings = $52,637) |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**Membership Rewards® Points**
Available and Pending as of 02/28/23
**95,373**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $743.26 |
| Payments/Credits | -$743.26 |
| New Charges | +$45,340.68 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$45,340.68** |
| **Minimum Payment Due** | **$906.81** |

| | |
|---|---|
| Credit Limit | $45,700.00 |
| Available Credit | $359.32 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▓ 3005
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **05/03/23** |
| New Balance | **$45,340.68** |
| Minimum Payment Due | **$906.81** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . ____
**Amount Enclosed**

05 H

1

EXHIBIT B

BAHIRA M HEGAZY                    Account Ending █ 3005                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

### Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

---

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and payment choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B



**Blue from American Express®**

p. 3/6

BAHIRA M HEGAZY
Closing Date 04/07/23

Account Ending ▆▆ 3005

| **Customer Care & Billing Inquiries** | |
|---|---|
| | **1-888-BLUE-741** |
| | 1-888-258-3741 |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-BLUE-741** |
| | 1-888-258-3741 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$743.26 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$743.26** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 03/14/23* | ONLINE PAYMENT - THANK YOU | -$743.26 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$45,340.68** |

### Detail

**BAHIRA M HEGAZY**
Card Ending ▆▆ 3005

| | | | | Amount |
|---|---|---|---|---|
| 03/09/23 | FIRST AMERICAN TOBACCO 0000 954-581-8411 | DAVIE | FL | $222.39 |
| 03/09/23 | NORI TORI JAPANESE BUF 954-538-9696 | PEMBROKE PINE | FL | $50.00 |
| 03/10/23 | JERSEYS WINGS 021770021501978 0310010000037 33027 | PEMBROKE PINE | FL | $65.00 |
| 03/17/23 | VALET 8662227466 | FORT LAUDERDALE | FL | $30.00 |
| 03/20/23 | SIKA CORPORATION SPECIALTY CH | LYNDHURST | NJ | $44,775.00 |
| 03/25/23 | AOL SERVICE COMPUTER NETWORK/INFO | 800-827-6364 | VA | $40.30 |
| 04/03/23 | LASAL CLEANERS 954-659-0786 | DAVIE | FL | $157.99 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

3

EXHIBIT B

BAHIRA M HEGAZY                         Account Ending ■ 3005                              p. 4/6

---

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $0.22 |
| Total Interest in 2023 | $0.00 |

---

## Interest Charge Calculation

Days in Billing Period: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 03/29/2019 | | 17.74% (v) | $0.00 | $0.00 |
| Cash Advances | 12/07/2004 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

---

4                                                                                    EXHIBIT B

## IMPORTANT NOTICES

### EFT Error Resolution Notice
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number (if any).
2.   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement
To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.

*End of Important Notices.*

EXHIBIT B

BAHIRA M HEGAZY

EXHIBIT B



**Blue from American Express®**

p. 1/6

BAHIRA M HEGAZY
Closing Date 05/09/23
Account Ending ▊3005

**Customer Care:** 1-888-258-3741
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| New Balance | **$46,347.53** |
| Minimum Payment Due | **$1,188.88** |
| Payment Due Date | **06/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $114,587 |
| $1,677 | 3 years | $60,375 *(Savings = $54,212)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

Continued on page 3

**Membership Rewards® Points**
Available and Pending as of 03/31/23
**107,246**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $45,340.68 |
| Payments/Credits | -$940.68 |
| New Charges | +$1,235.49 |
| Fees | +$0.00 |
| Interest Charged | +$712.04 |
| **New Balance** | **$46,347.53** |
| **Minimum Payment Due** | **$1,188.88** |
| Credit Limit | $45,700.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $200.00 |
| Available Cash | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▊3005

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **06/03/23** |
| New Balance | **$46,347.53** |
| Minimum Payment Due | **$1,188.88** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • ___
**Amount Enclosed**



05 ⊣

EXHIBIT B

BAHIRA M HEGAZY                          Account Ending ■3005                          p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B



**Blue from American Express®**

p. 3/6

BAHIRA M HEGAZY
Closing Date 05/09/23

Account Ending ▉3005

| **Customer Care & Billing Inquiries** | **1-888-BLUE-741** |
|---|---|
| | 1-888-258-3741 |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-BLUE-741** |
| | 1-888-258-3741 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$940.68 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$940.68** |

### Detail   *Indicates posting date

| Payments | Amount |
|---|---|
| 04/14/23*   ONLINE PAYMENT - THANK YOU | -$940.68 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$1,235.49** |

### Detail

 **BAHIRA M HEGAZY**
Card Ending ▉3005

| | | | | Amount |
|---|---|---|---|---|
| 04/25/23 | AOL SERVICE COMPUTER NETWORK/INFO | 800-827-6364 | VA | $40.30 |
| 04/30/23 | Dillard's RETAIL CLOTH | http://www.dillards.c | TN | $1,195.19 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

9

EXHIBIT B

BAHIRA M HEGAZY                    Account Ending ■ 3005                    p. 4/6

---

## Interest Charged

| | Amount |
|---|---:|
| 05/09/23    Interest Charge on Purchases | $712.04 |
| **Total Interest Charged for this Period** | **$712.04** |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---:|
| Total Fees in 2023 | $0.22 |
| Total Interest in 2023 | $712.04 |

---

## Interest Charge Calculation                                Days in Billing Period: 32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 03/29/2019 | | 17.99% (v) | $45,134.24 | $712.04 |
| Cash Advances | 12/07/2004 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$712.04** |
| (v) Variable Rate | | | | | |

---

10                                                    EXHIBIT B

**IMPORTANT NOTICES**

## EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT B

BAHIRA M HEGAZY

Account Ending ■ 3005

p. 6/6

12

EXHIBIT B



**Blue from American Express®**

p. 1/8

BAHIRA M HEGAZY
Closing Date 06/08/23
Account Ending ▮3005

**Customer Care:**  1-888-258-3741
**TTY:**  Use Relay 711
**Website:**  americanexpress.com

| | |
|---|---|
| **New Balance** | **$47,067.00** |
| **Minimum Payment Due** | **$2,415.10** |
| Includes the past due amount of $1,188.88 | |
| **Payment Due Date** | **07/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $114,549 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for a notice that your APR will be increased to the Penalty Rate, any changes to your Account terms and any other communications on **pages 5 - 8.**

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 04/30/23
**66,814**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $46,347.53 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$29.00 |
| Interest Charged | +$690.47 |
| **New Balance** | **$47,067.00** |
| **Minimum Payment Due** | **$2,415.10** |
| Credit Limit | $45,700.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $200.00 |
| Available Cash | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮3005
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

Payment Due Date
**07/03/23**
New Balance
**$47,067.00**
Minimum Payment Due
**$2,415.10**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • ____
**Amount Enclosed**

05 ⊣

EXHIBIT B

BAHIRA M HEGAZY                    Account Ending ▮3005                              p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B



**Blue from American Express®**

p. 3/8

BAHIRA M HEGAZY
Closing Date 06/08/23

Account Ending �as█3005

| **Customer Care & Billing Inquiries** | **1-888-BLUE-741** |
|---|---|
| | 1-888-258-3741 |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-BLUE-741** |
| | 1-888-258-3741 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

MEMBERSHIP rewards®

Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## Fees

| | Amount |
|---|---|
| 06/03/23    Late Payment Fee | $29.00 |
| **Total Fees for this Period** | **$29.00** |

## Interest Charged

| | Amount |
|---|---|
| 06/08/23    Interest Charge on Purchases | $690.47 |
| **Total Interest Charged for this Period** | **$690.47** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $29.22 |
| Total Interest in 2023 | $1,402.51 |
| | |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 03/29/2019 | | 17.99% (v) | $46,685.21 | $690.47 |

Continued on reverse

EXHIBIT B

BAHIRA M HEGAZY

Account Ending ■3005

p. 4/8

## Interest Charge Calculation Continued

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Cash Advances | 12/07/2004 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$690.47** |

(v) Variable Rate

16                                                          EXHIBIT B



## Penalty APR Notice

You have triggered the Penalty Annual Percentage Rate *(APR)* on your account. The Penalty APR is currently **29.99%**, which is based on the Prime Rate plus 26.74% (not to exceed 29.99%). The Penalty APR is being imposed because of your late payment(s). This change will impact your account as follows:

**Transactions made on or after 06/27/2023:** As of 08/10/2023, the Penalty APR will apply to these transactions. We will review your Account every 6 months after the Penalty APR is applied. Each of these 6 months is a review period. Please note the first review period may be shorter than 6 months. If you make timely payments and have no returned payments during an entire review period, the Penalty APR will cease to apply on the first day of the billing period following that review.

**Transactions made before 06/27/2023:** Current rates will continue to apply to these transactions.

*Important Notices continued on next page.*

EXHIBIT B

BAHIRA M HEGAZY                     Closing Date 06/08/23                     Account Ending ■3005

**IMPORTANT NOTICES continued**

## Notice of Important Change to Your Cardmember Agreement

We are making a change to your American Express Cardmember Agreement. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

| Summary of Change, Effective Immediately | |
|---|---|
| **Calculating APRs and DPRs** | We are revising the language in this section of your Cardmember Agreement to state that variable APRs will not exceed 29.99%. |

ID 13404

## Detail of Change to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement *("Agreement")* as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Calculating APRs and DPRs**
**Effective immediately**, the *Calculating APRs and DPRs* section on page 2 of Part 1 of the Cardmember Agreement is revised by removing any asterisks and replacing the footnote which states "The variable penalty APR will not exceed 29.99%" with the following:

| **Calculating APRs and DPRs** | Variable APRs will not exceed 29.99% |
|---|---|

CMLENGDPRUS0246

*Important Notices continued on next page.*

EXHIBIT B

**IMPORTANT NOTICES continued**

## Notice of Important Changes to the Membership Rewards® Program

We are making changes to the Membership Rewards® program* for the Account referenced in this notice. We encourage you to read this notice, share it with any Additional Card Members on your Account, and file it for future reference.

## Effective October 3, 2023

We are making changes to how Card Members with certain Cards can use Membership Rewards points ("points"). The following redemption options will no longer be available for the products listed below (the "Impacted Cards"):

- Pay with Points at Checkout
- Using points for taxi fares
- Using points for gift cards or certificates other than American Express Gift Cards

We are also changing the points value for the Cover Your Card Charges redemption option for the Impacted Cards. For example, when you use Cover Your Card Charges, the value received for 10,000 Membership Rewards points is being reduced from $60.00 to $50.00.

The Impacted Cards are:

- Business Management Account®
- Platinum Business Credit Card (not the "Business Platinum Card®")
- Blue for Business®
- Blue for Students®
- The Optima® Card
- The Optima® Platinum Card
- Blue from American Express®
- The American Express® Platinum Credit Card (not the "Platinum Card®")
- The American Express® Credit Card
- ZYNC from American Express®

Please note that some of the Impacted Cards' names can look similar to the names of other Cards that are not affected by these changes. You can find the name of your Card printed on the top of your billing statement. Also, please note that the ways you can use points and their value may vary depending on the Products that are linked to your Membership Rewards program Account ("Rewards Account"). If you have another Membership Rewards eligible Product linked to the same Rewards Account as an Impacted Card, you will still have access to all the redemption options available with your other Product. There will be no change to the current redemption options for any Card not in the list above.

The Membership Rewards program Terms and Conditions will be updated on October 3, 2023 to reflect the changes described above.

*Terms and Conditions for the Membership Rewards® program apply. Visit membershiprewards.com/terms for more information.

The value of Membership Rewards points varies according to how you choose to use them. To learn more, go to www.membershiprewards.com/pointsinfo.

ID 13402

CMLENGDPRUS0243

*Important Notices continued on next page.*

EXHIBIT B

BAHIRA M HEGAZY                    Closing Date 06/08/23          p. 8/8
                                                                 Account Ending ▮3005

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT B



### Blue from American Express®

p. 1/6

BAHIRA M HEGAZY
Closing Date 07/09/23
Account Ending ▮3005

**Customer Care:**  1-888-258-3741
**TTY:**  Use Relay 711
**Website:**  americanexpress.com

| | |
|---|---|
| **New Balance** | **$47,831.79** |
| **Minimum Payment Due** | **$3,718.06** |
| Includes the past due amount of $2,415.10 | |
| **Payment Due Date** | **08/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $114,410 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**WARNING:** Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

### Membership Rewards® Points
Available and Pending as of 05/31/23

**7,791**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $47,067.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$724.79 |

| | |
|---|---|
| **New Balance** | **$47,831.79** |
| **Minimum Payment Due** | **$3,718.06** |

| | |
|---|---|
| Credit Limit | $45,700.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $200.00 |
| Available Cash | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending** ▮3005

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **08/03/23** |
| New Balance | **$47,831.79** |
| Minimum Payment Due | **$3,718.06** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

05 Ʇ

EXHIBIT B

BAHIRA M HEGAZY                    Account Ending ■ 3005                                  p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.
**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.
**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*
**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.
**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.
**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.
**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B



**Blue from American Express®**

p. 3/6

BAHIRA M HEGAZY
Closing Date 07/09/23

Account Ending ▆3005



| **Customer Care & Billing Inquiries** | |
|---|---|
| | **1-888-BLUE-741** |
| | 1-888-258-3741 |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-BLUE-741** |
| | 1-888-258-3741 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**



**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

## Fees

| | Amount |
|---|---|
| 07/03/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 07/09/23    Interest Charge on Purchases | $724.79 |
| **Total Interest Charged for this Period** | **$724.79** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $69.22 |
| Total Interest in 2023 | $2,127.30 |
| | |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 06/27/2023 | | 17.99% (v) | $7.75 | $0.12 |
| Purchases | 03/29/2019 | 06/26/2023 | 17.99% (v) | $47,416.72 | $724.67 |
| Cash Advances | 06/27/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$724.79** |
| (v) Variable Rate | | | | | |

EXHIBIT B

BAHIRA M HEGAZY

Account Ending ▮3005

EXHIBIT B

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.

### Reminder about changes to how you can use Membership Rewards® points

As a reminder, on **October 3, 2023** we are making changes to how Card Members with certain Impacted Cards can use Membership Rewards points as follows: (i) Pay with Points at Checkout, using points for taxi fares, and using points for gift cards or certificates, other than American Express Gift Cards, will no longer be available; and (ii) the rate at which you can redeem points with Cover Your Card Charges will be reduced.

Our records indicate that you may have at least one of the Impacted Cards. For the list of Impacted Cards and further details, please refer to the notification that was sent to you in your June 2023 billing statement or letter. Please note that the ways you can use points and their value may vary depending on the Products that are linked to your Membership Rewards Account. If you have another Product that is not an Impacted Card linked to your Membership Rewards Account, you will still have access to all the redemption options available with your other Product. If you have any questions, please call the number on the back of your Card.

*End of Important Notices.*

EXHIBIT B

BAHIRA M HEGAZY

EXHIBIT B



**Blue from American Express®**

BAHIRA M HEGAZY
Closing Date 07/09/23

Account Ending ▇ 3005

---

**American Express® High Yield Savings Account**

No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

EXHIBIT B



**Blue from American Express®**

p. 1/5

BAHIRA M HEGAZY
Closing Date 08/09/23
Account Ending ▉3005

**Customer Care:** 1-888-258-3741
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$48,618.89** |
| **Minimum Payment Due** | **$5,075.89** |
| Includes the past due amount of $3,718.06 | |
| **Payment Due Date** | **09/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $115,161 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

### Membership Rewards® Points

Available and Pending as of 06/30/23

**84**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $47,831.79 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$747.10 |
| **New Balance** | **$48,618.89** |
| **Minimum Payment Due** | **$5,075.89** |
| Credit Limit | $45,700.00 |
| Cash Advance Limit | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▉3005

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **09/03/23** |
| New Balance | **$48,618.89** |
| Minimum Payment Due | **$5,075.89** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
Amount Enclosed

05 ⊣

EXHIBIT B

BAHIRA M HEGAZY                          Account Ending ▮3005                          p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

## Please do not add any written communication or address change on this stub

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B



**Blue from American Express®**

p. 3/5

BAHIRA M HEGAZY
Closing Date 08/09/23

Account Ending ▓3005

| Customer Care & Billing Inquiries | | |
|---|---|---|
| | | **1-888-BLUE-741** |
| International Collect | | 1-888-258-3741 |
| Cash Advance at ATMs Inquiries | | 1-336-393-1111 |
| **Large Print & Braille Statements** | | 1-800-CASH-NOW |
| | | **1-888-BLUE-741** |
| | | 1-888-258-3741 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

## Fees

| | Amount |
|---|---|
| 08/03/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 08/09/23    Interest Charge on Purchases | $747.10 |
| **Total Interest Charged for this Period** | **$747.10** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $109.22 |
| Total Interest in 2023 | $2,874.40 |

---

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 06/27/2023 | | 18.24% (v) | $48.17 | $0.75 |
| Purchases | 03/29/2019 | 06/26/2023 | 18.24% (v) | $48,151.84 | $746.35 |
| Cash Advances | 06/27/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$747.10** |

(v) Variable Rate

EXHIBIT B

BAHIRA M HEGAZY

Account Ending ▄3005

EXHIBIT B

BAHIRA M HEGAZY                    Closing Date 08/09/23                    Account Ending ▮3005

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT B



**Blue from American Express®**

p. 1/5

BAHIRA M HEGAZY
Closing Date 09/08/23
Account Ending ▮3005

| Customer Care: | 1-888-258-3741 |
| --- | --- |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
| --- | --- |
| **New Balance** | **$48,618.89** |
| **Minimum Payment Due** | **$6,111.50** |
| Includes the past due amount of $5,075.89 | |
| **Payment Due Date** | **10/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/03/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
| --- | --- | --- |
| Only the Minimum Payment Due | 32 years | $113,555 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

### Membership Rewards® Points
Available and Pending as of 07/31/23

**54**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
| --- | --- |
| Previous Balance | $48,618.89 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| | |
| **New Balance** | **$48,618.89** |
| **Minimum Payment Due** | **$6,111.50** |
| | |
| Credit Limit | $45,700.00 |
| | |
| Cash Advance Limit | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending ▮3005**

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
| --- | --- |
| Payment Due Date | **10/03/23** |
| New Balance | **$48,618.89** |
| Minimum Payment Due | **$6,111.50** |

See reverse side for instructions on how to update your address, phone number, or email.



AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

05 ⊣

EXHIBIT B

BAHIRA M HEGAZY                    Account Ending ■ 3005                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT B

**Blue from American Express®**

p. 3/5

BAHIRA M HEGAZY
Closing Date 09/08/23

Account Ending ▮3005



**Customer Care & Billing Inquiries**
International Collect
Cash Advance at ATMs Inquiries
**Large Print & Braille Statements**

**1-888-BLUE-741**
1-888-258-3741
1-336-393-1111
1-800-CASH-NOW
**1-888-BLUE-741**
1-888-258-3741

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $109.22 |
| Total Interest in 2023 | $2,874.40 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 06/27/2023 | | 18.24% (v) | $0.00 | $0.00 |
| Cash Advances | 06/27/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

EXHIBIT B

BAHIRA M HEGAZY

Account Ending ▆3005

p. 4/5

36

EXHIBIT B

AMERICAN EXPRESS

BAHIRA M HEGAZY                                Closing Date 09/08/23                    p. 5/5
                                                                          Account Ending ■ 3005

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT B

Exhibit "C"



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 04/07/23    Next Closing Date 05/09/23
Account Ending █ 1007

p. 1/8

**Customer Care:** 1-800-521-6121
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| New Balance | **$18,530.06** |
| Minimum Payment Due | **$185.00** |
| Payment Due Date | **05/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/03/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 8.**

**Cash Back Details**
For the most up to date details about Cash Back, please log into your online account at **americanexpress.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$18,530.06 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$18,530.06** |
| **Minimum Payment Due** | **$185.00** |
| Credit Limit | $19,000.00 |
| Available Credit | $469.94 |
| Days in Billing Period: | 29 |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending** █ 1007
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **05/03/23** |
| New Balance | **$18,530.06** |
| Minimum Payment Due | **$185.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ . _____
**Amount Enclosed**

05 ⌐

EXHIBIT C

BAHIRA M HEGAZY                     Account Ending ■1007                                    p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter

When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 04/07/23

p. 3/8

Account Ending ■1007

| Customer Care & Billing Inquiries | |
|---|---|
| Customer Care & Billing Inquiries | **1-800-521-6121** |
| International Collect | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-521-6121** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

# New Charges

## Summary

| | Total |
|---|---|
| Total New Charges | **$18,530.06** |

## Detail



**BAHIRA M HEGAZY**
Card Ending ■1007

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 03/21/23 | PREMIER GARAGE<br>GARAGE FLOOR | 954-797-9275 | FL | $12,750.00 |
| 03/26/23 | EDDIE`S HAIRSTYLING BA<br>954-987-0650 | HOLLYWOOD | FL | $30.00 |
| 03/28/23 | PUBLIX<br>9544426869 | FORT LAUDERDALE | FL | $16.14 |
| 03/30/23 | GLOBAL WIRELESS INC 924751701590827<br>JOHNYDAB@HOTMAIL.COM | MIAMI | FL | $1,324.00 |
| 04/04/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1290192581<br>AL17273808 | CUPERTINO | CA | $63.13 |
| 04/04/23 | APPLE ONLINE STORE<br>9546462462 33028-<br>COM*PUTER/SOFTWARE<br>W1290192581<br>AL17255094 | CUPERTINO | CA | $4,346.79 |

# Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

# Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse
EXHIBIT C

BAHIRA M HEGAZY

Account Ending ■ 1007

p. 4/8

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |
|  |  |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.99% (v) | $0.00 | $0.00 |
| **Total** |  |  | **$0.00** |

(v) Variable Rate

4

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                     Closing Date 04/07/23              p. 5/8
                                                         Account Ending ■ 1007

## IMPORTANT NOTICES

## Notice of Important Changes to Your Account Terms

We are making changes to your American Express Cardmember Agreement *(Agreement)* for the account referenced with this notice. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

**Effective June 9, 2023,** we are increasing the Annual Percentage Rate *(APR)* for new purchases up to the credit limit, existing purchases, and existing balance transfer balances.

Please be assured that your new APR is no higher than the purchase and balance transfer rates that you would receive if you apply for the same or similar card product today. We are making this change based on your FICO® score.

---

**Important Change to Your Account Terms**

The following is a summary of the changes that are being made to your account terms. For more information, please refer to the Detail of Changes to Your Cardmember Agreement that can be found on the following page.

These changes will impact your account as follows:

**Purchases and balance transfers made on or after June 9, 2023:** On **June 9, 2023,** the APR change described below will apply to these transactions.

**Transactions made before June 9, 2023:** The new APR will apply to these transactions as well.

| Revised Terms, as of June 9, 2023 | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases Up to the Credit Limit** | **19.99%** (Prime Rate + 11.99%).<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | **19.99%** (Prime Rate + 11.99%) for any balance transfer requests we may accept. Balance Transfers may not be available.<br><br>This APR will vary with the market based on the Prime Rate. |

ID 13395

---

The APRs and Daily Periodic Rates *(DPRs)* are based on a Prime Rate and accurate as of the date of this communication. See *Determining the Prime Rate* in Part 2 of your Cardmember Agreement for more details on how we determine the Prime Rate. If the Prime Rate changes after the date of this communication, the APRs and DPRs will change accordingly.

*Please see reverse side and the following pages for changes to your Cardmember Agreement and for additional information about how we determined your new APR.*

CMLENDDMRUS0339

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                                Closing Date 04/07/23                                p. 6/8
                                                                                    Account Ending ▮1007

### IMPORTANT NOTICES continued

## Detail of Changes to Your Cardmember Agreement

This notice amends your Agreement as described below. Any terms and conditions in the Agreement conflicting with these changes are completely replaced. Terms and conditions not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Annual Percentage Rate for Purchases Up to the Credit Limit and Balance Transfers**

**Effective June 9, 2023,** we are amending the *Rates and Fees* table on page 1 of Part 1 of your Agreement as follows:

> The Annual Percentage Rate (APR) for Purchases **Up to the Credit Limit** and APR for Balance Transfers are deleted and replaced with 19.99%. These APRs will vary with the market based on the Prime Rate.

In addition, on **June 9, 2023,** we are replacing the APRs and Daily Periodic Rates (DPRs) for Purchases and Balance Transfers in the *Calculating APRs and DPRs* section of the *How Rates and Fees Work* table on page 2 of Part 1 of your Agreement with the following:

| Calculating APRs and DPRs | Rate Description | Prime + Margin | APR | DPR |
|---|---|---|---|---|
| | Purchase | Prime + 11.99% | 19.99% | 0.0548% |
| | Balance Transfers | Prime + 11.99% | 19.99% | 0.0548% |

### How We Determined Your New APR

Your new APR is no higher than the purchase and balance transfer rates you would receive if you apply for the same or similar card product today, based on your FICO score.

### Reason(s) for Our Decision

We made this decision for the following reason(s):
- Your APRs for purchases and balance transfers are lower than the APRs on the same or similar card products currently offered by American Express for Card Members with similar FICO scores.
- Your FICO credit score as provided by Experian.

### Information About Your FICO Score

We obtained your FICO score from Experian and used it in making our decision. Your FICO score is a number that reflects the information in your credit report. Your FICO score can change depending on how the information in your credit report changes. On March 14, 2023, your FICO score was 760. The FICO score ranges from 300 to 850. The following are the key factors that contributed to your FICO score:

- Ratio of balance to limit on bank revolving or other revolving accts too high
- Too many inquiries last 12 months
- Time since most recent account opening is too short
- Amount owed on revolving accounts is too high

If you have any questions about your FICO score, please contact the credit agency listed below.

---

FICO is a registered trademark of Fair Isaac Corporation in the United States and in other countries.

*Important Notices continued on next page.*

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                    Closing Date 04/07/23          p. 7/8
                                                          Account Ending ■ 1007

## IMPORTANT NOTICES continued

### Information About Your Consumer Rights

**Your Right to Get Your Credit Report**
Our decision was based in whole or in part on information obtained in a report from the consumer reporting agency identified below. Please know that the consumer reporting agency played no part in our decision and cannot supply you with the specific reasons for our decision. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting them directly. You also have a right to a free copy of your report from the consumer reporting agency if you request it within 60 days after you receive this notice. If you find that any information contained in the consumer report you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

Experian
701 Experian Parkway
PO Box 2002
Allen, TX 75013
8883973742
http://www.experian.com/help/

The creditor for this account is American Express National Bank.


**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C. 20006 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.


If you have any questions, please call us at the number on the back of your Card. You can also write to us at American Express, P.O. Box 981535, El Paso, TX 79998-1535.

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                     Closing Date 04/07/23

p. 8/8
Account Ending ■ 1007

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

*End of Important Notices.*

8

EXHIBIT C



## American Express Blue Business Cash™

BH MARKETING
BAHIRA M HEGAZY
Closing Date 05/09/23    Next Closing Date 06/08/23
Account Ending ■ 1007

p. 1/6

| | |
|---|---|
| Customer Care: | 1-800-521-6121 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| New Balance | $18,220.52 |
| Minimum Payment Due | $470.00 |
| Payment Due Date | 06/03/23 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/03/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $44,689 |
| $662 | 3 years | $23,819 (Savings = $20,870) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **Congratulations! You received Cash Back this period.**
Please refer to the Payments and Credits section of the statement to view your Cash Back.

### Cash Back Details
For the most up to date details about Cash Back, please log into your online account at **americanexpress.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $18,530.06 |
| Payments/Credits | -$600.66 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$291.12 |

| | |
|---|---|
| **New Balance** | **$18,220.52** |
| **Minimum Payment Due** | **$470.00** |

| | |
|---|---|
| Credit Limit | $19,000.00 |
| Available Credit | $779.48 |

Days in Billing Period:  32

↓ Please fold on the perforation below, detach and return with your payment ↓

| **Payment Coupon** Do not staple or use paper clips | **Pay by Computer** americanexpress.com/ business | **Pay by Phone** 1-800-472-9297 | **Account Ending** ■ 1007 |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **06/03/23** |
| New Balance | **$18,220.52** |
| Minimum Payment Due | **$470.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**



05  ꓒ

9

EXHIBIT C

BAHIRA M HEGAZY                    Account Ending ■1007                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.
What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 05/09/23

p. 3/6

Account Ending ■1007

| | |
|---|---|
| ☎ **Customer Care & Billing Inquiries** | **1-800-521-6121** |
| International Collect | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-521-6121** |
| **Hearing Impaired** | |
| Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121** | |

🖥 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$230.06 |
| Credits | -$370.60 |
| **Total Payments and Credits** | **-$600.66** |

| Detail | *Indicates posting date |
|---|---|

| Payments | | Amount |
|---|---|---|
| 04/14/23* | ONLINE PAYMENT - THANK YOU | -$230.06 |

| Credits | | Amount |
|---|---|---|
| 04/16/23* | YOUR CASH REWARD/REFUND IS | -$370.60 |
| | AMERICAN EXPRESS CASH REBATE TRANSACTION | |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| 05/09/23 | Interest Charge on Purchases | $291.12 |
| **Total Interest Charged for this Period** | | **$291.12** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $291.12 |

11

EXHIBIT C

BAHIRA M HEGAZY

Account Ending ▮1007

p. 4/6

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 18.24% (v) | $18,195.01 | $291.12 |
| **Total** | | | **$291.12** |
| (v) Variable Rate | | | |

12

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY

Closing Date 05/09/23

p. 5/6
Account Ending ■ 1007

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

13

EXHIBIT C

BAHIRA M HEGAZY
Account Ending ██ 1007
p. 6/6

14

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 06/08/23      Next Closing Date 07/09/23
Account Ending ▮1007

p. 1/6

| | |
|---|---|
| Customer Care: | 1-800-521-6121 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$18,534.92** |
| **Minimum Payment Due** | **$967.00** |
| Includes the past due amount of $470.00 | |
| **Payment Due Date** | **07/03/23** |

**Cash Back Details**
For the most up to date details about Cash Back, please log into your online account at **americanexpress.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/03/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Account Summary**

| | |
|---|---|
| Previous Balance | $18,220.52 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$275.40 |

| | |
|---|---|
| **New Balance** | **$18,534.92** |
| **Minimum Payment Due** | **$967.00** |

| | |
|---|---|
| Credit Limit | $19,000.00 |
| Available Credit | $465.08 |

Days in Billing Period: 30

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $44,726 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

▽ Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 6.**

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮1007

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **07/03/23** |
| New Balance | **$18,534.92** |
| Minimum Payment Due | **$967.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
Amount Enclosed



05

EXHIBIT C

BAHIRA M HEGAZY                          Account Ending ■ 1007                          p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter

When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 06/08/23

p. 3/6

Account Ending 1007

| Customer Care & Billing Inquiries | | |
|---|---|---|
| Customer Care & Billing Inquiries | | **1-800-521-6121** |
| International Collect | | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-521-6121** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | Amount |
|---|---|
| 06/03/23    Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| 06/08/23    Interest Charge on Purchases | $275.40 |
| **Total Interest Charged for this Period** | **$275.40** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $39.00 |
| Total Interest in 2023 | $566.52 |
| | |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 18.24% (v) | $18,359.74 | $275.40 |
| **Total** | | | **$275.40** |
| (v) Variable Rate | | | |

EXHIBIT C

BAHIRA M HEGAZY

18

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY

Closing Date 06/08/23

p. 5/6

Account Ending ■ 1007

## IMPORTANT NOTICES

## Notice of Important Change to Your Cardmember Agreement

We are making a change to your American Express Cardmember Agreement. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

| Summary of Change, Effective Immediately | |
|---|---|
| **Calculating APRs and DPRs** | We are revising the language in this section of your Cardmember Agreement to state that variable APRs will not exceed 29.99%. |

ID 13404

## Detail of Change to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement *("Agreement")* as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Calculating APRs and DPRs**
**Effective immediately**, the *Calculating APRs and DPRs* section on page 2 of Part 1 of the Cardmember Agreement is revised by removing any asterisks and replacing the footnote which states "The variable penalty APR will not exceed 29.99%" with the following:

| **Calculating APRs and DPRs** | Variable APRs will not exceed 29.99% |
|---|---|

CMLENGDPRUS0246

*Important Notices continued on next page.*

19

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY

Closing Date 06/08/23                                                    Account Ending ■ 1007

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 07/09/23    Next Closing Date 08/09/23
Account Ending ▇ 1007

p. 1/5

**Customer Care:**    1-800-521-6121
**TTY:**    Use Relay 711
**Website:**    americanexpress.com

| | |
|---|---|
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,513.00** |
| Includes the past due amount of $967.00 | |
| **Payment Due Date** | **08/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/03/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $47,809 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

▽ Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**Cash Back Details**
For the most up to date details about Cash Back, please log into your online account at **americanexpress.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $18,534.92 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$321.69 |
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,513.00** |
| Credit Limit | $19,000.00 |
| Available Credit | $104.39 |
| Days in Billing Period: 31 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/
business

**Pay by Phone**
1-800-472-9297

**Account Ending** ▇ 1007
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **08/03/23** |
| New Balance | **$18,895.61** |
| Minimum Payment Due | **$1,513.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
**Amount Enclosed**



05 ꓶ

EXHIBIT C

BAHIRA M HEGAZY                    Account Ending ■ 1007                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 07/09/23

p. 3/5

Account Ending ■1007

---

**Customer Care & Billing Inquiries**    **1-800-521-6121**
International Collect                                  1-623-492-7719
Cash Advance at ATMs Inquiries          1-800-CASH-NOW
**Large Print & Braille Statements**    **1-800-521-6121**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121**

**Website:** americanexpress.com

**Customer Care**          **Payments**
**& Billing Inquiries**    PO BOX 6031
P.O. BOX 981535           CAROL STREAM IL
EL PASO, TX               60197-6031
79998-1535

## Fees

| | Amount |
|---|---|
| 07/03/23    Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| 07/09/23    Interest Charge on Purchases | $321.69 |
| **Total Interest Charged for this Period** | **$321.69** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $78.00 |
| Total Interest in 2023 | $888.21 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 20.24% (v) | $18,697.61 | $321.69 |
| **Total** | | | **$321.69** |

(v) Variable Rate

EXHIBIT C

BAHIRA M HEGAZY

Account Ending ■ 1007

p. 4/5

24

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                    Closing Date 07/09/23              p. 5/5
                                                        Account Ending ▮1007

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

*End of Important Notices.*

25

EXHIBIT C



## American Express Blue Business Cash™

BH MARKETING
BAHIRA M HEGAZY
Closing Date 08/09/23    Next Closing Date 09/08/23
Account Ending ▮ 1007

p. 1/6

**Customer Care:** 1-800-521-6121
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,702.00** |
| Includes the past due amount of $1,513.00 | |
| **Payment Due Date** | **09/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/03/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

### Cash Back Details
For the most up to date details about Cash Back, please log into your online account at **americanexpress.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $18,895.61 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,702.00** |
| Credit Limit | $19,000.00 |
| Days in Billing Period: 31 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $47,871 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

▽ Your account is past due.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon** Do not staple or use paper clips
 **Pay by Computer** americanexpress.com/business
 **Pay by Phone** 1-800-472-9297

**Account Ending** ▮ 1007
Enter 15 digit account # on all payments. Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **09/03/23** |
| New Balance | **$18,895.61** |
| Minimum Payment Due | **$1,702.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ •_____
**Amount Enclosed**

05 ⊣

EXHIBIT C

BAHIRA M HEGAZY                    Account Ending ■ 1007                              p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 08/09/23

p. 3/6

Account Ending ■ 1007

| **Customer Care & Billing Inquiries** | | Website: americanexpress.com |
|---|---|---|
| Customer Care & Billing Inquiries | **1-800-521-6121** | |
| International Collect | 1-623-492-7719 | |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW | |
| **Large Print & Braille Statements** | **1-800-521-6121** | |

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121**

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $78.00 |
| Total Interest in 2023 | $888.21 |
| | |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 20.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

EXHIBIT C

BAHIRA M HEGAZY

Account Ending █ 1007

29

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY

Closing Date 08/09/23

p. 5/6
Account Ending ■ 1007

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

30

EXHIBIT C

Account Ending ■ 1007

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 09/08/23    Next Closing Date 10/09/23
Account Ending ▮ 1007

p. 1/5

**Customer Care:** 1-800-521-6121
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,891.00** |
| Includes the past due amount of $1,702.00 | |
| **Payment Due Date** | **10/03/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/03/23 , you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99% .

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $47,538 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

▽ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

**Cash Back Details**
For the most up to date details about Cash Back, please log into your online account at
**americanexpress.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $18,895.61 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$18,895.61** |
| **Minimum Payment Due** | **$1,891.00** |
| Credit Limit | $19,000.00 |
| Days in Billing Period: 30 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮ 1007
Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
BH MARKETING
13725 NW 12TH CT
HOLLYWOOD FL 33028-2357

| | |
|---|---|
| Payment Due Date | **10/03/23** |
| New Balance | **$18,895.61** |
| Minimum Payment Due | **$1,891.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

05 ⊣

32

EXHIBIT C

BAHIRA M HEGAZY                  Account Ending ■■■1007                        p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a

particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT C



**American Express Blue Business Cash™**
BH MARKETING
BAHIRA M HEGAZY
Closing Date 09/08/23

p. 3/5

Account Ending ■ 1007

| 📞 **Customer Care & Billing Inquiries** | |
|---|---|
| | **1-800-521-6121** |
| International Collect | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-521-6121** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-521-6121**

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $78.00 |
| Total Interest in 2023 | $888.21 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 20.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

EXHIBIT C

BAHIRA M HEGAZY

Account Ending ██ 1007

p. 4/5

35

EXHIBIT C

BH MARKETING
BAHIRA M HEGAZY                         Closing Date 09/08/23

p. 5/5

Account Ending ■ 1007

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

36

EXHIBIT C

Exhibit "D"



## Platinum Card®

BAHIRA M HEGAZY
Closing Date 05/10/23
Account Ending ▮4004



p. 1/8

Customer Care: 1-800-525-3355
TTY: Use Relay 711
Website: americanexpress.com

| New Balance | $6,514.62 |
|---|---|
| Minimum Payment Due | $130.29 |
| Payment Due Date | 06/04/23 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/04/23, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 17 years | $16,015 |
| $243 | 3 years | $8,760 (Savings = $7,255) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 7.**

For more information on your Pay Over Time Limit and your purchasing options, please see **page 6**

*Continued on page 3*

### Membership Rewards® Points
Available and Pending as of 03/31/23
**107,246**
For up to date point balance and full program details, visit membershiprewards.com

## Account Summary

**Pay In Full**
| Previous Balance | $0.00 |
|---|---|
| Payments/Credits | -$1,082.00 |
| New Charges | +$1,082.00 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

**Pay Over Time and/or Cash Advance**
| Previous Balance | $2,037.23 |
|---|---|
| Payments/Credits | -$3,489.08 |
| New Pay Over Time Charges | +$7,966.47 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $6,514.62 |
| Minimum Due | $130.29 |

**Account Total**
| Previous Balance | $2,037.23 |
|---|---|
| Payments/Credits | -$4,571.08 |
| New Charges | +$9,048.47 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $6,514.62 |
| Minimum Payment Due | $130.29 |

| Pay Over Time Limit | $35,000.00 |
|---|---|
| Available Pay Over Time Limit | $28,485.38 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon** Do not staple or use paper clips   **Pay by Computer** americanexpress.com/pbc   **Pay by Phone** 1-800-472-9297   **Account Ending** ▮4004

Enter 15 digit account # on all payments. Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| Payment Due Date | **06/04/23** |
|---|---|
| New Balance | **$6,514.62** |
| Minimum Payment Due | **$130.29** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•____
**Amount Enclosed**



EXHIBIT D

BAHIRA M HEGAZY                                 Account Ending ■4004                                    p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount of your request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 05/10/23

p. 3/8



Account Ending ▉4004

| ☎ **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

🖥 **Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

ⓘ Please note, your preset spending limit is $7,200.00. You have spent $6,514.62.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$1,992.24 | -$1,992.24 |
| Credits | -$1,082.00 | -$1,496.84 | -$2,578.84 |
| **Total Payments and Credits** | **-$1,082.00** | **-$3,489.08** | **-$4,571.08** |

| **Detail**   *Indicates posting date | ♦ - denotes Pay Over Time and/or Cash Advance activity |
|---|---|
| **Payments** | **Amount** |
| 04/14/23*    ONLINE PAYMENT - THANK YOU | -$1,992.24 |
| **Credits** | **Amount** |
| 04/12/23    BONTON.COM<br>NEW YORK          NY<br>+18555272639 | -$44.99 ♦ |
| 04/30/23*    AMAZON SHOP WITH POINTS CREDIT | -$658.30 |
| 04/30/23*    AMAZON SHOP WITH POINTS CREDIT | -$423.70 |
| 05/04/23    NATIONWIDE PET INS<br>800-872-7387    CA<br>PET INSURANC<br>800-872-7387 | -$122.41 ♦ |
| 05/04/23    NATIONWIDE PET INS<br>800-872-7387    CA<br>PET INSURANC<br>800-872-7387 | -$247.44 ♦ |
| 05/10/23*    CREDIT ADJUSTMENT | -$1,082.00 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total  New Charges** | **$1,082.00** | **$7,966.47** | **$9,048.47** |

Continued on reverse
EXHIBIT D

BAHIRA M HEGAZY

Account Ending ▮4004

p. 4/8

| Detail | *Indicates posting date | | ♦ - denotes Pay Over Time and/or Cash Advance activity |
|---|---|---|---|

**BAHIRA M HEGAZY**
Card Ending ▮4004

| | | | | Amount |
|---|---|---|---|---|
| 04/10/23 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $16.77 ♦ |
| 04/13/23 | COACH<br>LUGGAGE/LEATHER GOODS | NEW YORK | NY | $339.19 ♦ |
| 04/13/23 | TORY BURCH<br>WOMEN'S ACCESSORIES | SUNRISE | | $823.06 ♦ |
| 04/13/23 | CH-SUNRISE, FL #189 189<br>SHOE STORE | SUNRISE | FL | $308.14 ♦ |
| 04/14/23 | TORY BURCH<br>WOMEN'S ACCESSORIES | SUNRISE | | $351.82 ♦ |
| 04/14/23 | PRADA SAWGRASS<br>FAMILY CLOTHING | SUNRISE | FL | $930.90 ♦ |
| 04/14/23 | CALVIN KLEIN #012 12<br>MEN'S CLOTHING | SUNRISE | FL | $84.80 ♦ |
| 04/14/23 | DKNY SAWGRASS, FL 5257 0000<br>763-391-4439 | SUNRISE | FL | $258.77 ♦ |
| 04/15/23 | BT*BRIGETTES BOUTIQUE<br>195918 33028 | EDGERTON | WI | $70.00 ♦ |
| 04/16/23 | CHEWY.COM<br>PET SUPPLIES | (800)672-4399 | FL | $314.54 ♦ |
| 04/17/23 | NATIONWIDE PET INS<br>PET INSURANC<br>800-872-7387 | 800-872-7387 | CA | $247.44 ♦ |
| 04/17/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $54.57 ♦ |
| 04/17/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $53.48 ♦ |
| 04/17/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $72.76 ♦ |
| 04/17/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $10.70 ♦ |
| 04/17/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $10.70 ♦ |
| 04/18/23 | AMAZON MARKETPLACE NA PA<br>BOOK STORES | AMZN.COM/BILL | WA | $38.18 ♦ |
| 04/18/23 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $65.27 ♦ |
| 04/18/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $21.16 ♦ |
| 04/23/23 | HOLLISTER # 709 000030709<br>8664261285 | PEMBROKE PINE | FL | $123.00 ♦ |
| 04/24/23 | JUST PAWS ANIMAL HOSPI<br>954-392-4567 | PEMBROKE PINE | FL | $220.00 ♦ |
| 04/25/23 | WAL-MART SUPERCENTER 1845 1845<br>DISCOUNT STORE | COOPER CITY | FL | $50.09 ♦ |
| 04/25/23 | JUST PAWS ANIMAL HOSPI<br>954-392-4567 | PEMBROKE PINE | FL | $19.35 ♦ |
| 04/25/23 | JCPenney Distribution Center<br>800-542-0800 | http://www.jcpenney.c | KS | $130.00 ♦ |
| 04/26/23 | ADTSECURITY MYADT.COM<br>SECURITY | 800-238-2727 | FL | $7.49 ♦ |
| 04/27/23 | RYAN M GREENE MD PHD P<br>954-651-6600 | WESTON | FL | $770.00 ♦ |

Continued on next page

4

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 05/10/23



p. 5/8

Account Ending ▮4004

| | | | | Amount |
|---|---|---|---|---|
| **Detail Continued** | *Indicates posting date | | ♦ - denotes Pay Over Time and/or Cash Advance activity | |

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 04/27/23 | CVS/PHARMACY #03330 000003330 8007467287 | PEMBROKE PINE | FL | $6.63 ♦ |
| 04/27/23 | PUBLIX #1526 000001526 8636881188 | COOPER CITY | FL | $40.64 ♦ |
| 04/29/23 | AMAZON MARKETPLACE PAYMENTS GENERAL MERCHANDISE | AMZN.COM/BILL | WA | $423.70 ♦ |
| 04/29/23 | AMAZON MARKETPLACE PAYMENTS GENERAL MERCHANDISE | AMZN.COM/BILL | WA | $658.30 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $245.66 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $12.83 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $25.67 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $12.83 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $50.46 ♦ |
| 04/29/23 | AMAZON MARKETPLACE NA PA BOOK STORES | AMZN.COM/BILL | WA | $25.40 ♦ |
| 04/30/23 | BJ'S WHOLESALE CLUB 8002572582 WHOLESALE CLUBS | PEMBROKE PINES | FL | $259.16 ♦ |
| 05/01/23 | AplPay APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $2.99 ♦ |
| 05/03/23 | AplPay APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $7.75 ♦ |
| 05/04/23 | PUBLIC STORAGE 25976 WAREHOUSING & STORAGE | 800-567-0759 | FL | $747.63 ♦ |
| 05/05/23 | AplPay APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $12.20 ♦ |
| 05/06/23 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $25.67 ♦ |
| 05/10/23* | DEBIT ADJUSTMENT | | | $1,082.00 |
| 05/10/23 | NETFLIX.COM NETFLIX.COM | 866-579-7172 | CA | $16.77 ♦ |

**Fees**

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

Continued on reverse

5

EXHIBIT D

BAHIRA M HEGAZY | Account Ending █4004 | p. 6/8

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Travel | 04/29/2023 | | 20.24% (v) | $0.00 | $0.00 |
| Pay Over Time | 04/29/2023 | | 20.24% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $35,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

6

EXHIBIT D



BAHIRA M HEGAZY                          Closing Date 05/10/23                    p. 7/8
                                                                    Account Ending ▮4004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Update to $189 CLEAR® Credit

We want to inform you that the statement credit benefit, formerly known as $189 CLEAR® Credit, will now be known as $189 CLEAR® Plus Credit. The benefit itself remains unchanged.

As a reminder, with this benefit, Platinum Card® Members can earn up to $189 in statement credits per calendar year when they use their Platinum Card® to pay for the annual CLEAR® Plus membership (subject to auto-renewal). Purchases by both the Basic Card Member and any Additional Card Members on the Card Account are eligible for statement credits. However, the total amount of statement credits for eligible purchases will not exceed $189 on the Card Account per calendar year. Additional terms apply, please see **americanexpress.com/platinum**

*End of Important Notices.*

EXHIBIT D

BAHIRA M HEGAZY

Account Ending ■ 4004

8

EXHIBIT D



### Platinum Card®

BAHIRA M HEGAZY
Closing Date 06/09/23
Account Ending ▇ 4004



p. 1/8

| | |
|---|---|
| Customer Care: | 1-800-525-3355 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$6,684.18** |
| **Minimum Payment Due** | **$334.54** |
| Includes the past due amount of $130.29 | |
| **Payment Due Date** | **07/04/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/04/23 , you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 17 years | $16,098 |

If you would like information about credit counseling services, call 1-888-733-4139.

⮕ See page 2 for important information about your account.

▽ Your account is past due.

⮕ Please refer to the **IMPORTANT NOTICES** section to find your Renewal Notice on your Membership, which renews next month, any changes to your Account terms, and any other communications on **pages 5 - 7.**

⮕ For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

*Continued on page 3*

## Membership Rewards® Points

Available and Pending as of 04/30/23

**66,814**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$29.00 |
| New Balance = | $29.00 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $6,514.62 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$30.76 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$109.80 |
| New Balance = | $6,655.18 |
| Minimum Due | $305.54 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$6,514.62** |
| Payments/Credits | -$0.00 |
| New Charges | +$30.76 |
| New Cash Advances | +$0.00 |
| Fees | +$29.00 |
| Interest Charged | +$109.80 |
| **New Balance** | **$6,684.18** |
| **Minimum Payment Due** | **$334.54** |

| | |
|---|---|
| **Pay Over Time Limit** | **$35,000.00** |
| **Available Pay Over Time Limit** | **$28,344.82** |

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending ▇ 4004**

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **07/04/23** |
| New Balance | **$6,684.18** |
| Minimum Payment Due | **$334.54** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

IıIııIıIıIıııIııIıııIıııIıIıIıIıııIıIıIıIıIııIıI

06 H

9

EXHIBIT D

BAHIRA M HEGAZY                     Account Ending ■4004                                p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 06/09/23



p. 3/8

Account Ending ▮4004

| 📞 | **Customer Care & Billing Inquiries** | **1-800-525-3355** |
|---|---|---|
| | International Collect | 1-954-473-2123 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

| 💻 | **Website:** americanexpress.com |
|---|---|
| **Customer Care & Billing Inquiries** P.O. BOX 981535 EL PASO, TX 79998-1535 | **Payments** PO BOX 6031 CAROL STREAM IL 60197-6031 |

ⓘ  Please note, your preset spending limit is $7,200.00. You have spent $6,684.18.

MEMBERSHIP **rewards®**  Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$0.00** | **$30.76** | **$30.76** |

### Detail

♦ - denotes Pay Over Time and/or Cash Advance activity

👤 **BAHIRA M HEGAZY**
Card Ending ▮4004

| | | | | Amount |
|---|---|---|---|---|
| 05/10/23 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $23.27 ♦ |
| 05/26/23 | ADTSECURITY MYADT.COM SECURITY | 800-238-2727 | FL | $7.49 ♦ |

## Fees

| | Amount |
|---|---|
| 06/04/23     Late Payment Fee | $29.00 |
| **Total Fees for this Period** | **$29.00** |

## Interest Charged

| | Amount |
|---|---|
| 06/09/23     Interest Charge on Pay Over Time Purchases | $109.80 |
| **Total Interest Charged for this Period** | **$109.80** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT D

BAHIRA M HEGAZY

Account Ending ■ 4004

p. 4/8

## 2023 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2023 | $29.00 |
| Total Interest in 2023 | $109.80 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To |  |  |  |
| Pay Over Time Travel | 04/29/2023 |  | 20.24% (v) | $0.00 | $0.00 |
| Pay Over Time | 04/29/2023 |  | 20.24% (v) | $2,201.83 | $36.66 |
| Pay Over Time | 08/31/2021 | 04/28/2023 | 20.24% (v) | $4,392.69 | $73.14 |
| Cash Advances | 05/01/2019 |  | 29.99% (v) | $0.00 | $0.00 |
| **Total** |  |  |  |  | **$109.80** |
| (v) Variable Rate |  |  |  |  |  |

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $35,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

12

EXHIBIT D

AMERICAN EXPRESS

BAHIRA M HEGAZY                           Closing Date 06/09/23                      p. 5/8
                                                                      Account Ending ▮4004

**IMPORTANT NOTICES**

## Renewal Notice

Your Account renews next month. The following terms will be in effect when your Account renews, unless we tell you otherwise. **Please refer to Page 2 for more information about your Account, including How We Calculate Your Balance and Paying Interest.**

**Payment Information:** All charges made on this card, that are not included in a Pay Over Time and/or Cash Advance balance, are due and payable by the Payment Due Date.

**Annual Membership Fee:** The annual membership fee for your Account is $695.00. When you receive the statement in which the annual fee is billed, you can avoid paying the annual fee by calling the Customer Care phone number on page 3 to cancel your Account.

**Plan Fee (Fixed Finance Charge):** The Plan It feature will be in effect when your Account renews unless we tell you otherwise. Your Plan Fee for purchase amounts in a Pay Over Time balance will be a monthly fee up to 1.33% of each purchase amount moved into a plan based on the plan duration, the APR that would otherwise apply to the purchase amount, and other factors. Your Plan Fee for purchase amounts in a Pay In Full balance will be a monthly fee up to 1.33% of each purchase amount moved into a plan based on the plan duration, the APR that applies to the Pay Over Time feature at the time you create the plan, and other factors. If you have active plans, further details can be found in the Plan It section.

**APR Information:** The Annual Percentage Rates (APRs) for each billing period may vary based on the Prime Rate. We use the Prime Rate published in the rates section of *The Wall Street Journal* on the Closing Date of the billing period. *The Wall Street Journal* may not publish the Prime Rate on that day. If it does not, we will use the Prime Rate from the previous day it was published.

The Penalty APR may apply to a Pay Over Time Feature if you make one or more late payments or if your payment is returned. We may also consider your creditworthiness in determining whether or not to apply the penalty APR to the Pay Over Time feature(s) on your Account. If the Penalty APR is applied, it will apply for at least 6 months. We will review your Account every 6 months after the Penalty APR is applied. The Penalty APR will continue to apply until you have made timely payments with no returned payments during the 6 months being reviewed.

You may have access to one or more Pay Over Time Features on your Account. If you are enrolled in a Feature or have a Feature balance, the APRs that apply will be noted below as of the Closing Date of this statement.

(v) Indicates variable rate
 * Indicates variable penalty APR will not exceed 29.99%

**Pay Over Time Travel**

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 04/29/2023 | | Prime + 11.99% | 20.24% (v) |
| Penalty | 04/29/2023 | | Prime + 26.74%* | 29.99% (v)* |

**Pay Over Time**

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 04/29/2023 | | Prime + 11.99% | 20.24% (v) |
| Standard | 08/31/2021 | 04/28/2023 | Prime + 11.99% | 20.24% (v) |
| Penalty | 04/29/2023 | | Prime + 26.74%* | 29.99% (v)* |
| Penalty | 08/31/2021 | 04/28/2023 | Prime + 26.74%* | 29.99% (v)* |

**Cash Advances**

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 05/01/2019 | | Prime + 21.99% | 29.99% (v) |

For Pay Over Time Select you have a pending change in terms to your Standard purchase APR to 26.24% (v) which is effective on June 10, 2023.

For Pay Over Time Travel, you have a pending change in terms to your Standard purchase APR to 26.24% (v) which is effective on June 10, 2023.

For Pay Over Time, you have a pending change in terms to your Standard purchase APR to 26.24% (v) which is effective on June 10, 2023.

*Important Notices continued on next page.*

13

EXHIBIT D

BAHIRA M HEGAZY                    Closing Date 06/09/23                    Account Ending ▮4004

## IMPORTANT NOTICES continued

## Notice of Important Change to Your Cardmember Agreement

We are making a change to your American Express Cardmember Agreement. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

| Summary of Change, Effective Immediately | |
|---|---|
| **Calculating APRs and DPRs** | We are revising the language in this section of your Cardmember Agreement to state that variable APRs will not exceed 29.99%. |

ID 13404

## Detail of Change to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement *("Agreement")* as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

### Calculating APRs and DPRs

**Effective immediately**, the *Calculating APRs and DPRs* section on page 2 of Part 1 of the Cardmember Agreement is revised by removing any asterisks and replacing the footnote which states "The variable penalty APR will not exceed 29.99%" with the following:

| **Calculating APRs and DPRs** | Variable APRs will not exceed 29.99% |
|---|---|

CMLENGDPRUS0246

*Important Notices continued on next page.*

14

EXHIBIT D

BAHIRA M HEGAZY                          Closing Date 06/09/23                    p. 7/8
                                                              Account Ending ■ 4004

**IMPORTANT NOTICES continued**

## EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

EXHIBIT D

16                                    EXHIBIT D



## Platinum Card®

BAHIRA M HEGAZY
Closing Date 07/10/23
Account Ending ▮4004



p. 1/6

| | |
|---|---|
| Customer Care: | 1-800-525-3355 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$7,535.03** |
| **Minimum Payment Due** | **$563.89** |
| Includes the past due amount of $334.54 | |
| **Payment Due Date** | **08/04/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/04/23, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 18 years | $17,996 |

If you would like information about credit counseling services, call 1-888-733-4139.

🔄 See page 2 for important information about your account.

▽ **WARNING:** Your account is past due.

🔄 Please refer to the **IMPORTANT NOTICES** section on **page 5.**

🔄 For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

ⓘ Please note, your preset spending limit is $7,200.00. You have spent $7,535.03.

*Continued on page 3*

### Membership Rewards® Points
Available and Pending as of 05/31/23

**7,791**

For up to date point balance and full program details, visit membershiprewards.com

## Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $29.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $69.00 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $6,655.18 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$695.00 |
| Interest Charged | +$115.85 |
| New Balance = | $7,466.03 |
| Minimum Due | $494.89 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$6,684.18** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$735.00 |
| Interest Charged | +$115.85 |
| **New Balance** | **$7,535.03** |
| **Minimum Payment Due** | **$563.89** |

| | |
|---|---|
| Pay Over Time Limit | $35,000.00 |
| Available Pay Over Time Limit | $27,533.97 |

↓ Please fold on the perforation below, detach and return with your payment ↓

| | | | |
|---|---|---|---|
| ✉ **Payment Coupon** Do not staple or use paper clips | 🖥 **Pay by Computer** americanexpress.com/pbc | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▮4004 |

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **08/04/23** |
| New Balance | **$7,535.03** |
| Minimum Payment Due | **$563.89** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ . ____
**Amount Enclosed**




06  H

EXHIBIT D

BAHIRA M HEGAZY                          Account Ending ■4004                                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**
Deduct your payment from your bank account automatically each month.
- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 07/10/23



p. 3/6

Account Ending ■ 4004

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | | **1-800-525-3355** |
| International Collect | | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

**MEMBERSHIP rewards®**

Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at **www.membershiprewards.com/terms** or call **1-800-AXP-EARN** (297-3276) for more information or to reinstate points. There is a $35.00 fee for each month of points you want to reinstate.

## Fees

♦ - denotes Pay Over Time and/or Cash Advance activity

| | | Amount |
|---|---|---|
| 07/04/23 | Late Payment Fee | $40.00 |
| 07/10/23 | ANNUAL MEMBERSHIP FEE<br>Cover your annual membership fee and other eligible transactions using Membership Rewards points. Visit membershiprewards.com/yourcharges to explore and learn more. | $695.00 ♦ |
| **Total Fees for this Period** | | **$735.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 07/10/23 | Interest Charge on Pay Over Time Purchases | $115.85 |
| **Total Interest Charged for this Period** | | **$115.85** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $764.00 |
| Total Interest in 2023 | $225.65 |

EXHIBIT D

BAHIRA M HEGAZY

Account Ending ■4004

p. 4/6

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Travel | 04/29/2023 | | 20.24% (v) | $0.00 | $0.00 |
| Pay Over Time | 04/29/2023 | | 20.24% (v) | $2,265.62 | $38.98 |
| Pay Over Time | 08/31/2021 | 04/28/2023 | 20.24% (v) | $4,467.67 | $76.87 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$115.85** |
| (v) Variable Rate | | | | | |

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $35,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

EXHIBIT D



BAHIRA M HEGAZY                          Closing Date 07/10/23                    p. 5/6
                                                                    Account Ending ▮4004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Enrollment in Premium Car Rental Protection

Reminder: You and/or Additional Card Member(s) are currently enrolled in Premium Car Rental Protection*. This optional insurance product can provide primary coverage for theft and damage, accidental death and dismemberment, and excess coverage for medical bills and personal property when renting a covered vehicle. Liability coverage is not included. If You choose to cancel enrollment, would like enrollment on another Card under Your account or require additional information regarding enrollment, please contact us at the number listed on the back of Your card.

* Underwritten by AMEX Assurance Company. Terms, conditions and exclusions apply.

Additional Card Member(s) may have enrolled independently. Please remind Additional Card Member(s) that they are currently enrolled in Premium Car Rental Protection.

EXHIBIT D

BAHIRA M HEGAZY

Account Ending █ 4004

p. 6/6

22

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 07/10/23



Account Ending ▮4004

### American Express® High Yield Savings Account

No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

EXHIBIT D



## Platinum Card®

BAHIRA M HEGAZY
Closing Date 08/10/23
Account Ending ▮4004



p. 1/5

**Customer Care:** 1-800-525-3355
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$7,705.97** |
| **Minimum Payment Due** | **$809.49** |
| Includes the past due amount of $563.89 | |
| **Payment Due Date** | **09/04/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/04/23, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 18 years | $18,144 |

If you would like information about credit counseling services, call 1-888-733-4139.

⤶ See page 2 for important information about your account.

▽ Your account is cancelled and past due.

⤶ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

⤶ For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

ⓘ Please note, your preset spending limit is $7,200.00. You have spent $7,705.97.

### Membership Rewards® Points
Available and Pending as of 06/30/23

**84**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $69.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| New Balance = | $109.00 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $7,466.03 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$130.94 |
| New Balance = | $7,596.97 |
| Minimum Due | $700.49 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$7,535.03** |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$130.94 |
| **New Balance** | **$7,705.97** |
| **Minimum Payment Due** | **$809.49** |

| | |
|---|---|
| **Pay Over Time Limit** | $35,000.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending** ▮4004

Enter 15 digit account # on all payments.
Make check payable to American Express.

BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| Payment Due Date | **09/04/23** |
| New Balance | **$7,705.97** |
| Minimum Payment Due | **$809.49** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____.____
**Amount Enclosed**

06  ⊣

EXHIBIT D

BAHIRA M HEGAZY                          Account Ending █4004                          p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will

be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT D



p. 3/5

**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 08/10/23



Account Ending 4004



| Customer Care & Billing Inquiries | |
|---|---|
| Customer Care & Billing Inquiries | **1-800-525-3355** |
| International Collect | 1-954-473-2123 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-525-3355** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

# Fees

| | Amount |
|---|---|
| 08/04/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

# Interest Charged

| | Amount |
|---|---|
| 08/10/23    Interest Charge on Pay Over Time Purchases | $130.94 |
| **Total Interest Charged for this Period** | **$130.94** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

# 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $804.00 |
| Total Interest in 2023 | $356.59 |

# Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Travel | 04/29/2023 | | 20.49% (v) | $0.00 | $0.00 |
| Pay Over Time | 04/29/2023 | | 20.49% (v) | $2,983.60 | $51.89 |
| Pay Over Time | 08/31/2021 | 04/28/2023 | 20.49% (v) | $4,545.59 | $79.05 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$130.94** |
| (v) Variable Rate | | | | | |

EXHIBIT D

BAHIRA M HEGAZY                    Account Ending ▉ 4004                                      p. 4/5

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $35,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

EXHIBIT D



BAHIRA M HEGAZY                    Closing Date 08/10/23                p. 5/5
                                                        Account Ending ▮4004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT D



## Platinum Card®

BAHIRA M HEGAZY
Closing Date 09/08/23
Account Ending █ 4004



p. 1/6

Customer Care: 1-800-525-3355
TTY: Use Relay 711
Website: americanexpress.com

| New Balance | $7,705.97 |
|---|---|
| **Minimum Payment Due** | **$961.42** |
| Includes the past due amount of $809.49 | |
| **Payment Due Date** | **10/04/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/04/23, you may have to pay a late fee of up to $40.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Pay Over Time and/or Cash Advance balance and you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 18 years | $17,878 |

If you would like information about credit counseling services, call 1-888-733-4139.

↱ See page 2 for important information about your account.

▽ Your account is past due.

↱ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

↱ For more information on your Pay Over Time Limit and your purchasing options, please see **page 4**

### Membership Rewards® Points
Available and Pending as of 07/31/23

**54**

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

**Pay In Full**
| Previous Balance | | $109.00 |
|---|---|---|
| Payments/Credits | | -$0.00 |
| New Charges | | +$0.00 |
| Fees | | +$0.00 |
| New Balance | = | $109.00 |

**Pay Over Time and/or Cash Advance**
| Previous Balance | | $7,596.97 |
|---|---|---|
| Payments/Credits | | -$0.00 |
| New Pay Over Time Charges | | +$0.00 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $7,596.97 |
| Minimum Due | | $852.42 |

**Account Total**
| Previous Balance | $7,705.97 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$7,705.97** |
| **Minimum Payment Due** | **$961.42** |

| Pay Over Time Limit | $35,000.00 |
|---|---|

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**✉ Payment Coupon**
Do not staple or use paper clips

**🖥 Pay by Computer**
americanexpress.com/pbc

**📞 Pay by Phone**
1-800-472-9297

**Account Ending █ 4004**
Enter 15 digit account # on all payments.
Make check payable to American Express.



BAHIRA M HEGAZY
13725 NW 12TH CT
PEMBROKE PNES FL 33028-2357

| | |
|---|---|
| | Payment Due Date **10/04/23** |
| | New Balance **$7,705.97** |
| | Minimum Payment Due **$961.42** |

See reverse side for instructions on how to update your address, phone number, or email.



AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • ____
**Amount Enclosed**



06 ⌐

EXHIBIT D

BAHIRA M HEGAZY                Account Ending ▆ 4004                                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT D



**Platinum Card®**

BAHIRA M HEGAZY
Closing Date 09/08/23



p. 3/6

Account Ending ■ 4004



| **Customer Care & Billing Inquiries** | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | **1-800-525-3355** | |
| International Collect | 1-954-473-2123 | |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW | |
| **Large Print & Braille Statements** | **1-800-525-3355** | |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-525-3355**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

ⓘ Please note, your preset spending limit is $7,200.00. You have spent $7,705.97.

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $804.00 |
| Total Interest in 2023 | $356.59 |
| | |

## Interest Charge Calculation

Days in Billing Period: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Travel | 04/29/2023 | | 20.49% (v) | $0.00 | $0.00 |
| Pay Over Time | 04/29/2023 | | 20.49% (v) | $0.00 | $0.00 |

Continued on reverse

EXHIBIT D

BAHIRA M HEGAZY

Account Ending ■4004

p. 4/6

## Interest Charge Calculation Continued

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $35,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

32

EXHIBIT D



BAHIRA M HEGAZY                          Closing Date 09/08/23              p. 5/6
                                                                    Account Ending ■ 4004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT D

BAHIRA M HEGAZY                Account Ending ■ 4004                                    p. 6/6

34

EXHIBIT D